UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
VANESSA L. ARMSTRONG, CLERK

JUN 07 2017

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**DHAVAL JERAMBHAI DHOLARIA**
aka "Sam H"

INDICTMENT

NO. 3:17-cr-78-DJH

18 U.S.C. § 982 (a)(7)
18 U.S.C. § 1342
21 U.S.C. § 331(a)
21 U.S.C. § 333(a)(2)
21 U.S.C. § 352(f)(1)
21 U.S.C. § 353(b)(1)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(2)
21 U.S.C. § 846
21 U.S.C. § 853

The Grand Jury charges:

## COUNT 1
(Distribution of Controlled Substances)

On or about and between March 19, 2016, and March 23, 2016, in the Western District of Kentucky, Oldham County, Kentucky, and elsewhere, the defendant, **DHAVAL JERAMBHAI DHOLARIA, aka "Sam H,"** knowingly and intentionally possessed with the intent to distribute and distributed a mixture and substance containing zolpidem tartrate, a Schedule IV controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(2).

The Grand Jury further charges:

## COUNT 2
(Introducing Misbranded Drugs Into Interstate Commerce)

On or about and between March 19, 2016, and March 23, 2016, in the Western District of Kentucky, Oldham County, Kentucky, and elsewhere, the defendant, **DHAVAL JERAMBHAI DHOLARIA, aka "Sam H,"** with the intent to defraud or mislead, introduced and caused to be introduced into interstate commerce, a misbranded drug, to wit: **DHOLARIA** shipped zolpidem tartrate, a Schedule IV controlled substance, from Texas to Kentucky, that was misbranded, because its labeling failed to bear adequate directions for use.

In violation of Title 21, United States Code, Sections 331(a), 333(a)(2), and 352(f)(1).

The Grand Jury further charges:

## COUNT 3
(Introducing Misbranded Drugs Into Interstate Commerce)

On or about and between March 19, 2016, and March 23, 2016, in the Western District of Kentucky, Oldham County, Kentucky, and elsewhere, the defendant, **DHAVAL JERAMBHAI DHOLARIA, aka "Sam H,"** with the intent to defraud or mislead, introduced and caused to be introduced into interstate commerce, a misbranded drug, to wit: **DHOLARIA** shipped zolpidem tartrate, a Schedule IV controlled substance, from Texas to Kentucky, that was misbranded, because it was dispensed without a valid prescription.

In violation of Title 21, United States Code, Sections 331(a), 333(a)(2), and 353(b)(1).

The Grand Jury further charges:

## COUNT 4
(Conspiracy to Distribute Controlled Substances)

On or about and between March 19, 2016, and March 24, 2016, in the Western District of Kentucky, Oldham County, Kentucky, and elsewhere, the defendant, **DHAVAL JERAMBHAI DHOLARIA, aka "Sam H,"** and a person known to the Grand Jury, conspired to knowingly and intentionally possess with the intent to distribute and distributed Schedule IV controlled substances, as defined in Title 21, United States Code, Section 812, to wit: a mixture and substance containing zolpidem tartrate, and a mixture and substance containing tramadol.

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(2), and 846.

The Grand Jury further charges:

## COUNT 5
(Conspiracy to Introduce Misbranded Drugs Into Interstate Commerce)

On or about and between March 19, 2016, and March 24, 2016, in the Western District of Kentucky, Oldham County, Kentucky, and elsewhere, the defendant, **DHAVAL JERAMBHAI DHOLARIA, aka "Sam H,"** and a person known to the Grand Jury, conspired, with the intent to defraud or mislead, to introduce and cause to be introduced into interstate commerce, a misbranded drug, to wit: **DHOLARIA** shipped zolpidem tartrate and tramadol, Schedule IV controlled substances, from Texas to various states, including Kentucky, that were misbranded, because its labeling failed to bear adequate directions for use.

In violation of Title 21, United States Code, Sections 331(a), 333(a)(2), 352(f)(1), and 846.

The Grand Jury further charges:

## COUNT 6
(Use of a Fictitious Name to Conduct an Unlawful Business)

On or about and between March 9, 2016, and March 31, 2016, in the Western District of Kentucky, Oldham County, Kentucky, and elsewhere, the defendant, **DHAVAL JERAMBHAI DHOLARIA, aka "Sam H,"** used and assumed, and requested to be addressed by a name other than his own proper name for the purpose of conducting, promoting and carrying on an unlawful business, by means of the Postal Service, to wit: **DHOLARIA** created and used a stamps.com shipping account, registered in the name of "Sam H," for the purpose of illegally distributing controlled substances, as described in Counts 1 and 4 of this Indictment, and introducing misbranded drugs in interstate commerce, as alleged in Counts 2, 3, and 5 of this Indictment.

In violation of Title 18, United States Code, Section 1342.

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 331, 841, 846. as alleged in Counts 1 through 5 of this Indictment, the defendant, **DHAVAL JERAMBHAI DHOLARIA, aka "Sam H,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(7), and Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds said defendant obtained, directly or indirectly, as a result of the said offenses, and any and all of defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in Counts 1 through 5 of this Indictment.

Pursuant to Title 18, United States Code, Section 982(a)(7), and Title 21, United States Code, Section 853.

A TRUE BILL.

*Laura H Hall*

_____
JOHN E. KUHN, JR.
UNITED STATES ATTORNEY

JEK:DW:lb:06072017

UNITED STATES OF AMERICA v. **DHAVAL JERAMBHAI DHOLARIA**

## PENALTIES

| | |
|---|---|
| Counts 1 and 4: | NM 5 yrs./$250,000/both/NL 1 yr. Supervised Release (each count) |
| Counts 2, 3 and 5: | NM 3 yrs./$250,000/both/NM 1 yr. Supervised Release (each count) |
| Count 6: | NM 5 yrs./$250,000/both/NM 1 yr. Supervised Release |
| Forfeiture | |

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

**SPECIAL ASSESSMENTS**

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

**FINES**

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

**RESTITUTION**

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

**APPEAL**

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

**PAYMENTS**

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. _____

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

THE UNITED STATES OF AMERICA

vs.

DHAVAL JERAMBHAI DHOLARIA aka "Sam H"

## INDICTMENT

Title 21 U.S.C. §§ 841(a)(1); 841(b)(2); 331(a); 333(a)(2); 352(f)(1); 353(b)(1); 846;
Title 18 U.S.C. § 1342:
Possession with the Intent to Distribute and Distribution of Controlled Substances; Introducing Misbranded Drugs Into Interstate Commerce; Conspiracy to Possess with the Intent to Distribute and Distribution of Controlled Substances; Conspiracy to Introduce Misbranded Drugs Into Interstate Commerce; Using a Fictitious Name to Conduct an Unlawful Business.

A _____

_____ ___reperson

Filed in open court this 7th day, of June, 2017.

_____ Clerk

Bail, $ _____

**FILED**
VANESSA L. ARMSTRONG, CLERK
JUN 07 2017
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY