FILED
VANESSA L. ARMSTRONG, CLERK

JUN 07 2017

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                         PLAINTIFF

vs.                                       CRIMINAL ACTION NO. 317-CR-78-DJH

DHAVAL JERAMBHAI DHOLARIA                                        DEFENDANT
aka "Sam H"

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, David Weiser, Assistant United States Attorney for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e), Federal Rules of Criminal Procedure, to order and direct that the indictment returned by the Federal Grand Jury this 7th day of June 2017, charging the above-named defendant with violations of Title 21, United States Code, Sections 841(a)(1), 846, 331(a), 333(a)(2), 352(f)(1), 353(b)(1), and Title 18, United States Code, Section 1342, be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and to further order that until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, that no person disclose the return of the indictment, or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrant for the arrest of the defendant.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

*/s/ David Weiser*
for David Weiser
Assistant U.S. Attorney