UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                PLAINTIFF

vs.                                           CRIMINAL ACTION NO. 3:17-cr-78-DJH

DHAVAL JERAMBHAI DHOLARIA                                               DEFENDANT
aka "Sam H"

## ORDER

The indictment returned by the Federal Grand Jury, charging the above-named defendant with violations of Title 21, United States Code, Sections 841(a)(1), 846, 331(a), 333(a)(2), 352(f)(1), 353(b)(1), and Title 18, United States Code, Section 1342, is hereby ORDERED to be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and no person shall disclose the return of this indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrant for the arrest of the defendant.

This 7th day of June 2017.

_____
United States Magistrate Judge

**ENTERED**

JUN - 7 2017

VANESSA L ARMSTRONG
BY_____
DEPUTY CLERK