UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | 3:17-CR-78-DJH |
| DHAVAL JERAMBHAI DHOLARIA | DEFENDANT |

**FILED**
VANESSA L. ARMSTRONG, CLERK
JUN 07 2017
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney David Weiser hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

David Weiser
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 625-7068
FAX: (502) 582-5067
Email: david.weiser@usdoj.gov