

## Case Assignment
## Standard Criminal Assignment

Case number **3:17CR-78-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Designated Magistrate Judge : Magistrate Judge Colin H. Lindsay
Magistrate Judge Code : 44AS

Assigned on 6/7/2017 2:01:09 PM
Transaction ID: 9303

[Request New Judge] [Return]