$125 fee paid = L33051284

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

17 JUN 20 PM 2:39

UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No. 3:17cr 78 |
| | ) | |
| Dharal Jerambhai Dholaria | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now David M. Paz, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Kentucky pro hac vice to represent defendant, Dharal Jerambhai Dholaria, in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Paz and Associates with offices at:

Mailing address: 2646 South Loop West, Suite 405

City, State, Zip Code: Houston, TX 77054

Telephone: (281) 743-7559   Facsimile: (281) 377-5047

2. Since November 3, 2006, Applicant has been and presently is a member of and in good standing with the Bar of the State of Texas. Applicant's bar license number is 24056111.

3. Applicant has been admitted to practice before the following courts:

   Court: Southern District of Texas   Admission date: May 6, 2010

4. Applicant is presently a member in good standing of the bars of the courts listed above.

5. I have not previously applied to Appear Pro Hac Vice in this district.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

8. Applicant has read and is familiar with the Local Rules of the Western District of Kentucky and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Kentucky, if so requested;

Should the Court grant applicant's motion, Applicant shall tender the amount of $125.00 pro hac vice fee in compliance with Local Court Rule 83.2 [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of David M. Paz to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

David M. Paz
Printed name of Applicant

_____
Signature of Applicant

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 19th day of June, 2017.

David M. Paz
Printed name of Applicant

_____
Signature of Applicant