# UNITED STATES DISTRICT COURT
## for the
## Western District of Kentucky

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) Case No. 3:17cr 78 -DJH |
| | ) |
| Dharal Jerambhai Dholaria | ) |

## ORDER

BE IT REMEMBERED on this the ____ day of _____, 20___, there was presented to the Court the Motion for Admission Pro Hac Vice filed by David M. Paz, counsel for defendant, Dharal Jerambhai Dholaria, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and may appear on behalf of defendant, Dharal Jerambhai Dholaria in the above case.

IT IS FURTHER ORDERED that David M. Paz, if he has not already done so, shall immediately tender the amount of $125.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule 83.2.

SIGNED this the ____ day of _____, 20____.

_____
Judge Presiding