AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *Plaintiff* <br> v. <br> DHAVAL JERAMBHAI DHOLARIA <br> *Defendant* | ) <br> ) <br> ) Case No. 3:17CR-78-DJH <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DHAVAL JERAMBHAI DHOLARIA

Date: 06/27/2017

*Attorney's signature*

David M. Paz 24056111
*Printed name and bar number*

Paz and Associates
2646 South Loop West, Ste. 405
Houston, TX 77054

*Address*

pazandassociates@hotmail.com
*E-mail address*

(281) 743-7559
*Telephone number*

(281) 377-5047
*FAX number*