USDC KYWD  - Minute Order (Rev. 11/11)

# United States District Court
# Western District of Kentucky
# at Louisville

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL ACTION NUMBER: 3:17-CR-78-DJH |
| DHAVAL JERAMBHAI DHOLARIA | DEFENDANT |

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Dave Whalin, United States Magistrate Judge and was called in open Court on June 29, 2017 to conduct an initial appearance.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | David R. Weiser, Assistant United States Attorney |
| For the defendant: | Defendant, Dhaval Jerambhai Dholaria - Present and in custody |
| Court Reporter: | Digitally Recorded |

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Indictment, was advised of the nature of the charges contained therein and was advised of his rights. The defendant advise the Court that he has retained counsel for future proceedings.

The United States having moved for the detention of the defendant,

**IT IS HEREBY ORDERED** that this case is scheduled for arraignment proceedings and a detention hearing on **Friday, July 7, 2017 at 2:30 p.m.** before the Honorable Colin H. Lindsay, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant be remanded to the custody of the United States Marshal pending further order of the Court.

This 30th day of June, 2017

**ENTERED BY ORDER OF THE COURT:**
**DAVE WHALIN**
**UNITED STATES MAGISTRATE JUDGE**
**VANESSA L. ARMSTRONG, CLERK**
BY: *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
U.S. Probation

0|05