UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                                     CRIMINAL NO. 3:17 CR-00078-DJH

DHAVAL JERAMBHAI DHOLARIA                                         DEFENDANT

MOTION FOR SUBSTITUTION OF COUNSEL

*ELECTRONICALLY FILED*

    Comes now J. Clark Baird, and hereby enters his appearance in this case as counsel for the defendant, Dhaval Jerambhai Dholaria.  Mr. Baird asks the Court to substitute him as Counsel of Record for the Defendant.  All correspondence, legal notices, copies of pleadings, and all documents relating to this case should be sent to:

        J. CLARK BAIRD
        969 Barret Avenue
        Louisville, KY 40204
        PHONE: (502) 583-3380
        FAX: (502) 583-3366
        EMAIL:  clark@jclarkbaird.com

        Respectfully submitted,


        */s/ J. Clark Baird*
        J. CLARK BAIRD
        969 Barret Avenue
        Louisville, KY 40204
        PHONE: (502) 583-3388
        FAX: (502) 583-3366
        EMAIL:  clark@jclarkbaird.com

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on July 5, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to Hon. David Paz, counsel for the Defendant and Hon. David Weiser, Assistant U.S. Attorney.

                */s/ J. Clark Baird*
                J. CLARK BAIRD
                Counsel for Defendant