UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                        PLAINTIFF

v.                        CRIMINAL NO. 3:17 CR-00078-DJH

DHAVAL JERAMBHAI DHOLARIA                    DEFENDANT

# ORDER
## SUBSTITUTION OF COUNSEL

Motion having been made, and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED AND ADJUDGED that **J. CLARK BAIRD** be permitted to enter his appearance as counsel of record for DEFENDANT, DHAVAL JERAMBHAI DHOLARIA herein.

_____
United States Magistrate Judge

Date: _____

Tendered by:
J. CLARK BAIRD
969 Barret Avenue
Louisville, KY 40204
PHONE: (502) 583-3380
FAX: (502) 583-3366
EMAIL: clark@jclarkbaird.com