UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA,** **Plaintiff**

**v.** **Case No. 3:17-cr-78-DJH-CHL**

**DHAVAL JERAMBHAI DHOLARIA,** **Defendant**

## ORDER

The Court held a hearing on July 10, 2017 on the government's motion to detain Dhaval Jerambhai Dholaria pretrial. As discussed on the record in that hearing, the Court construes attorney J. Clark Baird's motion for substitution of counsel (DN 15) as a notice of entry of appearance.

The Court **DENIES** Baird's motion for substitution of counsel **as moot** (DN 15). If David M. Paz wishes to withdraw from representing Mr. Dholaria in this matter, he shall file a motion to withdraw in accordance with Local Criminal Rule 57.6.