FILED
VANESSA L. ARMSTRONG
JUL 11 2017
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
Western District of Kentucky

## EXHIBIT INVENTORY

Case Number: 3:17CR-78-DJH    Style of Case: USA v. Dholaria
Received from: T. Burch    Received by: D.C. John Sparks    Date: 7/10/2017
Proceedings: Detention Hearing

| NUMBER | DESCRIPTION | NUMBER | DESCRIPTION |
|---|---|---|---|
| 1 | Immigration Documents | | |
| 2 | Identification Documents | | |
| 3 | Arrest History | | |

NOTES:

**DISPOSITION OF EXHIBITS:**

ITEMS:
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS:
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS:
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
OTHER DISPOSITION:
DATE: _____ RETURNED BY: _____, Deputy Clerk