THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

v.                                                    **CRIMINAL ACTION NO. 3:17-CR-78-DJH**
*Electronically Filed*

**DHAVAL JERAMBHAI DHOLARIA aka "Sam H"**                      **DEFENDANT**

## MOTION FOR PROTECTIVE ORDER

The United States of America, by counsel, moves the Court, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, for entry of a Protective Order governing the use and disclosure of certain information. The purpose of this Motion is to facilitate the expeditious exchange of discovery between the parties and to adequately protect personal information.

Defendant Dhaval Dholaris is charged in a six (6) count Indictment. Discoverable documents and records contain financial account numbers and other personal or business information of persons or entities.

Fed. R. Crim. P. 16(d)(1) authorizes the court to regulate discovery. In part, the Rule reads, "[a]t any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief." This Motion does not request that this Court deny or defer discovery. Rather, this Motion requests that the use and dissemination of certain documents, records, and information be restricted. This Motion does not address such information that may be referenced in the Court records because Fed. R. Crim. P. 49.1 addresses the protections for court filings.

There are voluminous documents and records with financial account numbers and personal and business information of persons or entities that will be provided in the government's Rule 16 discovery. These documents would require substantial redactions before

they could be made available to defense counsel without a protective order. For that reason, the United States respectfully requests a Protective Order restricting the use and dissemination of personal information included in the discovery materials to those persons who are within the identifiable defense and prosecution groups, and court personnel, and only for the purpose of this case.

        Respectfully submitted,

        JOHN E. KUHN, JR.
        United States Attorney

        s/*David R. Weiser*
        David R. Weiser
        Assistant United States Attorney
        717 West Broadway
        Louisville, Kentucky 40202
        (502) 582-5911
        (502) 582-5097 (fax)
        David.Weiser@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2017, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

        s/*David R. Weiser*
        David R. Weiser
        Assistant United States Attorney