# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | CRIMINAL NO. 3:17CR-00078-DJH |
| | ) | |
| DHAVAL JERAMBHAI DHOLARIA | ) | DEFENDANT |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT
*ELECTRONICALLY FILED*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now David M. Paz, ("Movant") herein, and moves this Court to grant his withdrawal as counsel *pro hac vice* for Defendant. Movant states the following grounds for this motion:

1. This Court granted Movant motion to appear *pro hac vice* in this action pursuant to its June 23, 2017, Order.

2. Movant has represented Defendant. Defendant no longer wishes to be represented by David M. Paz and has hired J. Clark Baird.

3. Movant's withdrawal will not cause any prejudice or delay in this case. All parties have counsel active in their representation, who will not require any additional time to review or acclimate to the absence of Movant as counsel *pro hac vice*.

4. Given the insubstantial nature of this Motion, as well as the substantial burden to all parties in travelling and attending a hearing on this Motion, Movant respectfully request that the Court waive oral argument.

THEREFORE, Movant prays that this Court waive oral argument on this Motion, grant him leave to withdraw as counsel *pro hac vice* in the above-captioned matter, and enter an order stating that Movant has so withdrawn.

Respectfully submitted,

PAZ & ASSOCIATES

By: */s/ David M. Paz*
    David M. Paz
    State Bar No.24056111
    2646 South Loop West, Ste. 405
    Houston, Texas 77054
    Tel: (281).743.7559
    Fax: (281).377.5047
    Email: pazandassociates@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for each party including Hon. David Weiser, Assistant U.S. Attorney.

>*/s/ David M. Paz*
>David M. Paz
>Attorney for Defendant

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | CRIMINAL NO. 3:17CR-00078-DJH |
| | ) | |
| DHAVAL JERAMBHAI DHOLARIA | ) | DEFENDANT |

## ORDER

### MOTION TO WITHDRAW COUNSEL AS COUNSEL FOR DEFENDANT

BE IT REMEMBERED on this the ____ day of _____, 20___, there was presented to the Court the Motion to Withdraw Counsel for Defenant filed by David M. Paz, counsel for defendant, Dhaval Jerambhai Dholaria, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion to Withdraw Counsel as Counsel for Defenant is GRANTED.

SIGNED this the ___ day of _____, 20____.

_____
United States Magistrate Judge

Tendered by:
David M. Paz
State Bar No.24056111
2646 South Loop West, Ste. 405
Houston, Texas 77054
Tel: (281).743.7559
Fax: (281).377.5047
Email: pazandassociates@hotmail.com