UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:17-cr-78-DJH

DHAVAL JERAMBHAI DHOLARIA, Defendant.

\* \* \* \* \*

## ORDER

Attorney David Paz has moved to withdraw as counsel for Defendant Dhaval Jerambhai Dholaria in this matter. (Docket No. 22) As grounds for the motion, Paz states that Dholaria no longer wishes to be represented by him and is now represented by J. Clark Baird. (*See id.*, PageID # 96; D.N. 15) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the motion to withdraw (D.N. 22) is **GRANTED**. The Clerk of Court is **DIRECTED** to terminate David Paz as counsel for Defendant Dhaval Jerambhai Dholaria.

July 18, 2017

**David J. Hale, Judge**
**United States District Court**