UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:17-cr-78-DJH

DHAVAL JERAMBHAI DHOLARIA,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE

A telephonic status conference was held in this matter on July 18, 2017, with the following counsel participating:

    For the United States:     David Weiser

    For Defendant:     Clark Baird

Counsel advised the Court that discovery will commence following entry of a protective order. Defense counsel stated that Defendant does not object to entry of the requested protective order. Counsel agreed that given the voluminous discovery involved, the case is unlikely to be ready for trial on August 28, 2017.

July 18, 2017

    **David J. Hale, Judge**
    **United States District Court**

Court Time: 00/05
Court Reporter: Dena Legg