UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*ELECTRONICALLY FILED*

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL NO. 3:17 CR-00078-DJH |
| DHAVAL JERAMBHAI DHOLARIA | DEFENDANT |

UNOPPOSED MOTION TO CONTINUE

COMES NOW the Defendant, by and through Counsel, and respectfully requests that this Honorable Court continues the trial, pretrial dates, motion deadlines and all deadlines herein. Counsel for the Defendant states he has not received nor reviewed the discovery in this case.

Counsel for the Defendant states that he has conferred with the Assistant United States Attorney, whom offered no objection to the continuance.

WHEREFORE, the Defendant through counsel respectfully requests that the trial, pretrial dates and all deadlines herein be continued.

Respectfully submitted,

s/ J. Clark Baird
J. CLARK BAIRD
Counsel for Defendant
969 Barret Ave.
Louisville, KY 40204
PHONE: (502) 583-3388
FAX: (502) 583-3366
EMAIL: clark@jclarkbaird.com

CERTIFICATE OF SERVICE

I hereby certify that on July 31ST, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to Assistant United States Attorney, David Weiser.

/s/ J. CLARK BAIRD
J. CLARK BAIRD
Counsel for Defendant