UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

UNITED STATES OF AMERICA                                     PLAINTIFF

v.                                            CRIMINAL NO. 3:17 CR-00078-DJH

DHAVAL JERAMBHAI DHOLARIA                                    DEFENDANT

## **ORDER**

Motion having been made and the Court having been advised;

**IT IS HEREBY ORDERED** that the Defendant's Motion to Continue IS GRANTED.

SO ORDERED