**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
*Electronically Filed*

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**v.**                                                                          **CASE NO: 3:17-CR-00078**

**DHAVAL JERAMBHAI DHOLARIA**                                                    **DEFENDANT**

**MOTION TO TRAVEL**

COMES NOW the Defendant, by and through Counsel, and respectfully requests that this Honorable Court permit him to travel from Texas to Nevada and California from December 28th, 2017 to January 3rd, 2018 and to travel to Nashville, Tennessee from February 17th, 2018 to February 22nd, 2018.

As grounds for this motion the Defendants states the following regarding his trip to Nevada and California from December 28th, 2017 to January 3rd, 2018:

1. From December 28th, 2017 to December 31st, 2017 the Defendant's family is hosting a family reunion in Las Vegas, Nevada.

2. From January 1st, 2018 to January 3rd, 2018 the Defendant and his family will be celebrating the Indian New Year Blessings with his elders in Yorba, California.

3. The Defendant will be traveling with his wife, Shraddha Sharma and his 5 year old child.

As grounds for this motion the Defendants states the following regarding his trip to Nashville, Tennessee from February 17th, 2018 to February 22nd, 2018:

1. The Defendant is employed by Angel Export Import as a Market Research Analyst.

2. Angel Export Import sends the Defendant to the annual Plastics Recycling Expo each year in Nashville, Tennessee at the Gaylord Opryland Resort and Convention Center.

3. Angel Export Import relies on the Defendant's attendance and participation at this annual marketing convention to promote their company and expand their brand throughout the nation.

Further, the Defendant will provide his Pretrial Officer daily updates as well as a travel itinerary and accommodations.

WHEREFORE, the Defendant through counsel respectfully requests that this Honorable Court allow him to return to Nevada and California for a brief time.

Respectfully submitted,

s/ J. Clark Baird
J. CLARK BAIRD
969 Barret Avenue
Louisville, KY 40204
PHONE: (502) 583-3388
FAX: (502) 583-3366
EMAIL: clark@jclarkbaird.com

CERTIFICATE OF SERVICE

I hereby certify that on October 23rd, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to Assistant United States Attorney, David Weiser.

s/ J. Clark Baird
J. CLARK BAIRD