UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                                                        CRIMINAL NO. 3:17 CR-00078-DJH

DHAVAL JERAMBHAI DHOLARIA                                                            DEFENDANT

## ORDER

Motion having been made, and the Court being otherwise sufficiently advised, IT IS

HEREBY ORDERED AND ADJUDGED that the Defendant's Motion to Travel is **GRANTED**.

_____
Judge

Date: _____