# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                         **PLAINTIFF**

**v.**                                                            **CRIMINAL ACTION NO. 3:17-CR-78-DJH**
                                                                                *Electronically Filed*

**DHAVAL JERAMBHAI DHOLARIA**                                            **DEFENDANT**

## RESPONSE TO MOTION

The United States has no objection to the Defendant's Motion to Travel (DN 28), based on defense counsel's representation that the Defendant's probation officer does not oppose the Motion.

                                                         Respectfully submitted,

                                                         RUSSELL M. COLEMAN
                                                         United States Attorney

                                                         s/*David R. Weiser*
                                                         David R. Weiser
                                                         Assistant United States Attorney
                                                          717 West Broadway
                                                          Louisville, Kentucky 40202
                                                          (502) 625-7068
                                                          (502) 582-5067 (fax)
                                                          David.Weiser@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2017, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                                         s/*David R. Weiser*
                                                         David R. Weiser
                                                         Assistant United States Attorney