**THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                                              **CRIMINAL ACTION NO. 3:17-CR-78-DJH**


**DHAVAL JERAMBHAI DHOLARIA**                                        **DEFENDANT**

## ORDER

Upon consideration of Defendant's Motion to Travel (DN 28), and the United States's

response, the Motion is GRANTED.