UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                  Plaintiff,

v.                                                                Criminal Action No. 3:17-cr-78-DJH

DHAVAL JERAMBHAI DHOLARIA,                                                                Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on November 6, 2017, with the following counsel participating:

    For the United States:    David Weiser

    For Defendant:    J. Clark Baird

The Court and counsel discussed the procedural posture of the case. Counsel advised the Court that a motion to continue the trial is forthcoming. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is set for a further telephonic status conference on **November 30, 2017, at 3:30 p.m.** The Court will initiate the call. Participating counsel shall contact Judge Hale's Case Manager, Natalie Thompson, at nthompson@kywd.uscourts.gov with their preferred contact numbers no later than **5:00 p.m. on November 29, 2017**. Counsel are advised that participation by cellular phone is not permitted.

November 6, 2017

Court Time: 00/15
Court Reporter: Dena Legg

**David J. Hale, Judge**
**United States District Court**

1