UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:17-CR-78-DJH

**UNITED STATES OF AMERICA,**                                              **Plaintiff,**

v.

**DHAVAL JERAMBHAI DHOLARIA,**                                    **Defendant.**

## **ORDER**

Defendant has filed a motion for permission to travel (DN 28). Specifically, he requests permission to travel from Texas to Nevada and California from December 28, 2017 to January 3, 2018 and to Nashville, Tennessee from February 18, 2018 to February 22, 2018. (*Id.*) With respect to the first two trips, Defendant states that he wishes to travel with his wife and young child to a family reunion and to a celebration of the Indian New Year Blessings, respectively. (*Id.*) As for the final trip, Defendant wishes to travel to Nashville to attend a conference to which his employer sends him annually for business purposes. (*Id.*) Defendant states that he will provide his probation officer with a travel itinerary and accommodations information, as well as daily updates during his travels. (*Id.*)

The United States states in response (DN 31) that it has no objection to Defendant's motion based upon defense counsel's representation that Defendant's probation officer does not oppose the motion. The Court independently contacted the United States Probation Office regarding Defendant's motion. Defendant's probation officer confirmed that the Probation Office has no objection to the motion.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to travel (DN 28) is **GRANTED**. Defendant MAY travel from Texas to Nevada, California, and Tennessee on the dates set forth in his motion. Defendant SHALL provide the United States Probation Office with a travel itinerary and accommodations information prior to each trip and shall be in contact daily while traveling.

cc: Counsel of record