UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Criminal Action No. 3:17-cr-78-DJH

DHAVAL JERAMBHAI DHOLARIA,　　　　　　　　　　　　　　　　　　　Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on December 1, 2017, with the following counsel participating:

　　For the United States:　　　David Weiser

　　For Defendant:　　　　　　Clark Baird

The Court and counsel discussed the procedural posture of the case, including Defendant's unopposed motion to continue the trial. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

　　(1)　　The unopposed motion to continue (Docket No. 34) is **GRANTED**. The trial of this matter, currently set for December 11, 2017, is **REMANDED** from the Court's docket, to be reset by subsequent order.

　　(2)　　This matter is set for a status conference on **January 19, 2018, at 10:30 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

　　(3)　　Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from December 11, 2017 to January 19, 2018 is excludable in computing the time within which the trial must commence under the**

1

**Speedy Trial Act**. The Court further finds that the ends of justice served by granting the motion for continuance outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

December 1, 2017

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/10
Court Reporter: Dena Legg

cc: Jury Administrator