UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                                                                          **CASE NO: 3:17-CR-00078**

**DHAVAL JERAMBHAI DHOLARIA**                                                   **DEFENDANT**

### MOTION TO TRAVEL

COMES NOW the Defendant, by and through Counsel, and respectfully requests that this Honorable Court permit him to travel from Texas to Orlando, Florida from May 7th, 2018 to May 11th, 2018 and to travel to New Jersey from May 26th, 2018 to May 31st, 2018.

As grounds for this motion the Defendants states the following regarding his trip to Orlando, Florida from May 7th, 2018 to May 11th, 2018:

1. The Defendant is employed by Angel Export Import as a Market Research Analyst

2. Angel Export Import sends the Defendant to the annual Plastics Recycling Expos each year.

3. Angel Export Import relies on the Defendant's attendance and participation at this annual marketing convention to promote their company and expand their brand throughout the nation.

4. From May 7th, 2018 to May 11th, 2018 the Defendant has a Plastics Expo in Orlando, Florida.

As grounds for this motion the Defendants states the following regarding his trip to New Jersey from May 26th, 2018 to May 31st, 2018:

1. The Defendant is employed by Angel Export Import as a Market Research Analyst.

2. Angel Export Import has scheduled meeting with 7 companies in New Jersey from May 26th, 2018 to May 31st, 2018.

3. Angel Export Import relies on the Defendant's attendance and participation at these meetings to promote their company and expand their brand throughout the nation.

Further, the Defendant will provide his Pretrial Officer daily updates as well as a travel itinerary and accommodations.

WHEREFORE, the Defendant through counsel respectfully requests that this Honorable Court allow him to return to Florida and New Jersey for a brief time.

Respectfully submitted,

s/ J. Clark Baird
J. CLARK BAIRD
969 Barret Avenue
Louisville, KY 40204
PHONE: (502) 583-3388
FAX: (502) 583-3366
EMAIL: clark@jclarkbaird.com

CERTIFICATE OF SERVICE

I hereby certify that on April 30th, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to Assistant United States Attorney, David Weiser.

s/ J. Clark Baird
J. CLARK BAIRD