# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**v.**                                                                     **CRIMINAL ACTION NO. 3:17-CR-78-DJH**
*Electronically Filed*

**DHAVAL JERAMBHAI DHOLARIA**                                                          **DEFENDANT**

## RESPONSE TO MOTION TO TRAVEL

The Defendant's Motion to Travel (DN 40) was filed on April 30, 2018, and requested authorization to travel to Florida between May 7 and May 11, and to travel to New Jersey between May 26 and May 31.  The United States has no objection to the Defendant's Motion, assuming the defendant either a) did not travel to Florida between May 7 and May 11, or b) had court authorization to travel to Florida between May 7 and May 11 prior to leaving Texas.  If the Defendant traveled to Florida without court authorization, the United States opposes his Motion to travel to New Jersey, and opposes all future requests to travel.

        Respectfully submitted,

        RUSSELL M. COLEMAN
        United States Attorney

        s/*David R. Weiser*
        David R.  Weiser
        Assistant United States Attorney
        717 West Broadway
        Louisville, Kentucky 40202
        (502) 625-7068
        (502) 582-5067 (fax)
        David.Weiser@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on May 18, 2018, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                                    s/*David R. Weiser*
                                                    David R. Weiser
                                                    Assistant United States Attorney