**THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**v.**                                                          **CRIMINAL ACTION NO. 3:17-CR-78-DJH**

**DHAVAL JERAMBHAI DHOLARIA**                                        **DEFENDANT**

**<u>ORDER</u>**

Upon consideration of Defendant's Motion to Travel (DN 40), and the United States's response, the Motion is _____.