**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CRIMINAL ACTION NO.  3:17-CR-78-DJH**

**UNITED STATES OF AMERICA,**                                                                                       **Plaintiff,**

**v.**

**DHAVAL JERAMBHAI DHOLARIA,**                                                                            **Defendant.**

## ORDER

Defendant has filed a Motion for Permission to Travel (DN 40). Specifically, he requests permission to travel from Texas to Orlando, Florida from May 7, 2018 to May 11, 2018 and to travel from Texas to New Jersey from May 26, 2018 to May 31, 2018. (*Id.*) With respect to the first trip, Defendant states that he wishes to travel to an annual exposition to which his employer sends him annually for business purposes. (*Id.*) With respect to the second trip, Defendant states that he wishes to travel to attend scheduled meetings to assist his employer. (*Id.*) Defendant states that he will provide his probation officer with a travel itinerary and accommodations information, as well as daily updates during his travels.

The dates of the requested trip to Florida between May 7, 2018 and May 11, 2018 passed before the Court was able to rule on Defendant's Motion. The United States has since filed a response (DN 42) and states that it does not object to Defendant's Motion assuming the Defendant either did not travel to Florida between May 7, 2018 and May 11, 2018 or had court permission to do so. The United States Probation Office confirmed that that the Probation Office has no objection to the Motion

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion for Permission to Travel (DN 40) is **GRANTED IN PART AND DENIED IN PART**. Defendant's Motion for Permission to Travel to Florida between May 7, 2018 and May 11, 2018 is **DENIED** as moot. Defendant's Motion for Permission to Travel to New Jersey between May 26, 2018 and May 31, 2018 is **GRANTED.** Defendant SHALL provide the United States Probation Office with a travel itinerary and accommodations information prior to the trip and shall be in contact daily while traveling.

cc: Counsel of record