UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                              Plaintiff,

v.                                              Criminal Action No. 3:17-cr-78-DJH

DHAVAL JERAMBHAI DHOLARIA,                                              Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE

A telephonic status conference was held in this matter on May 22, 2018, with the following counsel participating:

    For the United States:    David Weiser

    For Defendant:    Clark Baird

The Court and counsel discussed the procedural posture of the case.  Counsel reported that the case is likely to proceed to trial but that both sides have conflicts with the current trial date.  A further telephonic status conference will be set by subsequent order.  In the meantime, counsel shall confer in an attempt to agree upon a new trial schedule.

May 22, 2018

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/05
Court Reporter: Dena Legg

1