## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE
*Electronically Filed*

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**v.**                                                                       **CASE NO: 3:17-CR-00078**

**DHAVAL JERAMBHAI DHOLARIA**                                                           **DEFENDANT**

## MOTION TO TRAVEL

COMES NOW the Defendant, by and through Counsel, and respectfully requests that this Honorable Court permit him to travel from Texas to Ontario, California and Nevada from July 3rd, 2018 to July 11th, 2018.

As grounds for this motion the Defendants states the following regarding his trip:

1. The Defendant is employed by Angel Export Import as a Market Research Analyst

2. Angel Export Import sends the Defendant to the annual Plastics Recycling Expos each year.

3. Angel Export Import relies on the Defendant's attendance and participation at this annual marketing convention and customer appointments to promote their company and expand their brand throughout the nation.

Further, the Defendant will provide his Pretrial Officer daily updates as well as a travel itinerary and accommodations.

WHEREFORE, the Defendant through counsel respectfully requests that this Honorable Court allow him to return to Florida and New Jersey for a brief time.

Respectfully submitted,

                    s/ J. Clark Baird
                    J. CLARK BAIRD
                    969 Barret Avenue
                    Louisville, KY 40204
                    PHONE: (502) 583-3388
                    FAX: (502) 583-3366
                    EMAIL:  clark@jclarkbaird.com

## CERTIFICATE OF SERVICE

    I hereby certify that on June 9th, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to Assistant United States Attorney, David Weiser.

                    s/ J. Clark Baird
                    J. CLARK BAIRD