# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                           **PLAINTIFF**

**v.**                                **CRIMINAL ACTION NO. 3:17-CR-78-DJH**
*Electronically Filed*

**DHAVAL JERAMBHAI DHOLARIA**                                       **DEFENDANT**

## RESPONSE TO MOTION TO TRAVEL

The United States does not object to the Defendant's most recent Motion to Travel (DN 45) so long as the Defendant's Probation Officer concurs.

                                     Respectfully submitted,

                                     RUSSELL M. COLEMAN
                                     United States Attorney

                                     s/*David R. Weiser*
                                     David R. Weiser
                                     Assistant United States Attorney
                                     717 West Broadway
                                     Louisville, Kentucky 40202
                                     (502) 625-7068
                                     (502) 582-5067 (fax)
                                     david.weiser@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2018, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                     s/*David R. Weiser*
                                     David R. Weiser
                                     Assistant United States Attorney