**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CRIMINAL ACTION NO.  3:17-CR-78-DJH**

**UNITED STATES OF AMERICA,**                                                          **Plaintiff,**

**v.**

**DHAVAL JERAMBHAI DHOLARIA,**                                            **Defendant.**

**ORDER**

Defendant has filed a Motion for Permission to Travel.  (DN 45.)  Specifically, he requests permission to travel from Texas to Ontario, California[1] and Nevada from July 3, 2018 to July 11, 2018.[2]  (*Id.*)  Defendant states that he wishes to travel to expositions to which his employer sends him annually for business purposes.  (*Id.*)  Defendant states that he will provide his probation officer with a travel itinerary and accommodations information, as well as daily updates during his travels.

The United States filed a Response (DN 50) stating that it did not object to Defendant's Motion "so long as Defendant's Probation Officer concurs."  (DN 50.)  The United States Probation Office confirmed that that the Probation Office has no objection to the Motion.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion for Permission to Travel (DN 45) from Texas to the city of Ontario, California and Nevada is **GRANTED**.  Defendant SHALL

---

[1] The Court interprets Defendant's Motion as a request to travel to the city of Ontario, California, not the province of Canada.

[2] While Defendant's motion states in the first sentence that Defendant requests permission to travel from Texas to Ontario, California and Nevada, the final sentence of the motion requests that the Court permit Defendant to return to Florida and New Jersey.  This appears to be a typo left over from Defendant's prior Motion to Travel.  (DN 40, at PageID # 128.)  The Court will construe Defendant's Motion as a request for permission to travel solely to the city of Ontario, California and Nevada.  Defendant is not granted permission to travel to Florida or New Jersey.

provide the United States Probation Office with a travel itinerary and accommodations information prior to the trip and shall be in contact daily while traveling.

cc: Counsel of record