# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**v.**                            **CRIMINAL ACTION NO. 3:17-CR-78-DJH**

**DHAVAL JERAMBHAI DHOLARIA**                               **DEFENDANT**

## NOTICE OF ENTRY OF APPEARANCE
*-Electronically Filed-*

Assistant United States Attorney Madison T. Sewell, hereby enters his appearance of record on behalf of the United States of America.

                                       Respectfully submitted,

                                       RUSSELL M. COLEMAN
                                       United States Attorney

                                       */s/ Madison T. Sewell*
                                       Madison T. Sewell
                                       Assistant United States Attorney
                                       501 Broadway
                                       Paducah, Kentucky  42001
                                       PH:    (270) 443-8332
                                       FAX:  (270) 444-6794
                                       Email: Madison.Sewell@usdoj.gov

## CERTIFICATE OF SERVICE

       I hereby certify that on July 23, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the Attorneys of Record.

                                         */s/ Madison T. Sewell*
                                         Madison T. Sewell
                                         Assistant United States Attorney