UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

v.                                           **CASE NO: 3:17-CR-00078**

**DHAVAL JERAMBHAI DHOLARIA**                                  **DEFENDANT**

## MOTION FOR LIMITED RELEASE OF PASSPORT

COMES NOW the Defendant, by and through Counsel, and respectfully requests that this Honorable Court allow the limited release of his passport directly into the custody of his attorney in Houston, Texas, the Honorable David Paz, so that the defedant may obtain a marriage license. Mr Paz has indicated to defense counsel that he will maintain exclusive physical custody and control of the passport, and once the marriage license is obtained then Mr. Paz will return the passport directly to the U.S. Marshals or the pretrial office.

The Defendant submits to the court the fact that the defendant has traveled extensively while on bond and has not attepted to flee, proving he is not a flight risk.

In support of this motion, see the attached Affidavit of Mr. Paz.

                                                     Respectfully submitted,
                                                     s/ J. Clark Baird
                                                     J. CLARK BAIRD
                                                     969 Barret Avenue
                                                     Louisville, KY 40204
                                                     PHONE: (502) 583-3388
                                                     FAX: (502) 583-3366
                                                     EMAIL: clark@jclarkbaird.com

CERTIFICATE OF SERVICE

      I hereby certify that on August 8th $^{th}$, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to Assistant United States Attorney, David Weiser.

                                                                              s/ J. Clark Baird
                                                                              J. CLARK BAIRD