STATE OF TEXAS          *

COUNTY OF HARRIS        *

BEFORE ME the undersigned authority appeared <u>David M. Paz</u> who after being placed under oath stated the following:

1. My name is David M. Paz.

2. I represent Dhaval Jerambhai Dholoria. I will hold Dhaval Jerambhai Dholoria's passport during the time necessary to allow him to obtain a marriage license and marriage certificate. I can be reached at (281) 743-7559.

3. I signed this statement freely and voluntarily. I was not forced or coerced to sign this statement.

Date: July 18, 2018.

_____
David M. Paz

SWORN AND SUBSCRIBED TO BY David M. Paz on the 18 day of July, 2018.

_____
Notary Public, State of Texas

ARACELI CABELLO
Notary ID #129469252
My Commission Expires
August 15, 2021