# United States District Court
# Western District of Kentucky
# at Louisville

### NOTICE OF DEFICIENCY

| | |
|---|---|
| **TO:** | J. Clark Baird |
| **CASE #:** | 3:17-cr-78-DJH |
| **STYLE OF CASE:** | USA v. Dholaria |
| **DOCUMENT TITLE:** | Motion for Bond DN 54 |
| **DATE:** | 8/13/2018 |
| **BY:** | Darlene Kelly *DEPUTY CLERK* |

*Please be advised that the recent filing of the above cited document with the Clerk's Office is deficient as indicated below:*

**NO ORDER. Proposed order not submitted with Motion for Bond**
*(LR 7.1(e))*

**YOU ARE GRANTED 7 DAYS FROM THIS DATE TO REMEDY THE DEFICIENCY OR DEFICIENCIES IDENTIFIED ABOVE.   FAILURE TO COMPLY WITHIN 7 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT**