UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                                                      CRIMINAL NO. 3:17 CR-00078-DJH

DHAVAL JERAMBHAI DHOLARIA                                         DEFENDANT

**<u>ORDER</u>**

Motion having been made, and the Court being otherwise sufficiently advised, IT IS

HEREBY ORDERED AND ADJUDGED that the Defendant's Motion to Travel is **GRANTED**.

_____

Judge

Date: _____