## THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                            **PLAINTIFF**

**v.**                                                    **CRIMINAL ACTION NO. 3:17-CR-78-DJH**
                                                                                 *Electronically Filed*

**DHAVAL JERAMBHAI DHOLARIA**                                          **DEFENDANT**

### UNOPPOSED MOTION TO CONTINUE TRIAL AND DECLARE CASE COMPLEX

      The United States moves to continue the trial scheduled to begin on September 17, 2018, and to declare the case complex. Dholaria was a subject in an investigation conducted in the District of Minnesota. The prosecutor in this case recently learned that the District of Minnesota had documents pertinent to this case, and obtained those documents. Those documents include several thousand email messages, and are so voluminous that they cannot be produced to the defendant until the defendant provides a hard drive to the United States Attorney's Office. Once produced, these documents will take a substantial amount of time for both parties to review.

      Accordingly, the United States moves to continue the September 17, 2018 trial, and also to declare the case complex. Defense counsel indicated yesterday that he has does not oppose this motion.

                                                        Respectfully submitted,

                                                        RUSSELL M. COLEMAN
                                                        United States Attorney

                                                        s/*David R. Weiser*
                                                        David R. Weiser
                                                        Assistant United States Attorney
                                                        717 West Broadway
                                                        Louisville, Kentucky 40202
                                                        (502) 625-7068
                                                        David.Weiser@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on August 14, 2018, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                      s/*David R. Weiser*
                                      David R. Weiser
                                      Assistant United States Attorney