## THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                         **PLAINTIFF**

**v.**                                            **CRIMINAL ACTION NO. 3:17-CR-78-DJH**
*Electronically Filed*

**DHAVAL JERAMBHAI DHOLARIA**                                     **DEFENDANT**

## **ORDER**

Upon consideration of the United States's Unopposed Motion to Continue Trial and Declare the Case Complex, the Motion is GRANTED.  The September 17, 2018 trial is continued until a date to be determined, and the case is declared complex.