UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                      Plaintiff,

v.                                           Criminal Action No. 3:17-cr-78-DJH

DHAVAL JERAMBHAI DHOLARIA,                                Defendant.

\* \* \* \* \*

## **ORDER**

In accordance with the Court's August 15, 2018 Order remanding the trial of this matter (Docket No. 58), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the final pretrial conference scheduled for September 12, 2018, is **REMANDED** from the Court's docket.

September 7, 2018

**David J. Hale, Judge**
**United States District Court**