# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CRIMINAL ACTION NO. 3:17-CR-78-DJH

**UNITED STATES OF AMERICA,**                                               **Plaintiff,**

**v.**

**DHAVAL JERAMBHAI DHOLARIA,**                                     **Defendant.**

## ORDER

This matter came before the undersigned on September 6, 2018 for a telephonic status conference. David R. Weiser participated on behalf of the United States, and J. Clark Baird participated on behalf of Defendant, Dhaval Jerambhai Dholaria.

Defendant had filed a Motion for Limited Release of Passport (DN 54) requesting that his passport be released into the custody of his attorney so that he may obtain a marriage license. The United States objected to the motion, and after discussion, the undersigned indicated that he would deny the motion without prejudice, granting the Defendant leave to refile the motion with a more detailed description of the circumstances necessitating the request if he so desired.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion for Limited Release of Passport (DN 54) is **DENIED WITHOUT PREJUDICE**.

cc: Counsel of record

:15