UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                              Plaintiff,

v.                                              Criminal Action No. 3:17-cr-78-DJH

DHAVAL JERAMBHAI DHOLARIA,                                              Defendant.

\* \* \* \* \*

**MEMORANDUM OF CONFERENCE AND ORDER**

A status conference was held in this matter on October 3, 2018, with the following counsel participating:

    For the United States:    David Weiser

    For Defendant:    Clark Baird

The defendant was present. The Court and counsel discussed procedural matters pertaining to the upcoming trial. The parties reported that all discovery has been completed except for a substantial amount of materials that were supplied from a parallel investigation in the District of Minnesota. These materials include emails that are now being reviewed by a taint team and the procedure is not yet completed. The parties requested that a decision on a trial date be delayed until this process is completed. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

    **ORDERED** as follows:

    (1) The Court will hold a telephonic status conference on **November 5, 2018 at 2:30**.

    (2) Counsel shall confer in advance of the telephonic status conference regarding the status of discovery and a potential trial schedule.

October 4, 2018

                                                    **David J. Hale, Judge**
                                                    **United States District Court**

Court Time: 00/15
Court Reporter: Dena Legg