UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,					Plaintiff,

v.								Criminal Action No. 3:17-cr-78-DJH

DHAVAL JERAMBHAI DHOLARIA,				Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE

A telephonic status conference was held in this matter on November 5, 2018, with the following counsel participating:

    For the United States:    David Weiser

    For Defendant:    Clark Baird

The Court and counsel discussed the procedural posture of the case. Counsel reported progress in the taint team's review of documents from a related investigation. The Court will set an additional status conference after the parties have had an opportunity to review those documents.

November 5, 2018

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/10
Court Reporter: April Dowell

1