UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                                  Criminal Action No. 3:17-cr-78-DJH

DHAVAL JERAMBHAI DHOLARIA,                                                        Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE

A telephonic status conference was held in this matter on January 24, 2019, with the following counsel participating:

| | |
|---|---|
| For the United States: | David Weiser |
| | Madison Sewell |
| For Defendant: | Clark Baird |

The Court and counsel discussed the procedural posture of the case, which was previously declared complex. (Docket No. 58) Counsel advised the Court that the case remains on schedule for trial in April. Counsel for the United States reported that discovery is complete. After discussion, the government agreed to provide search-warrant documents for the emails at issue.

A further status conference will be set by subsequent order.

January 24, 2019

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/05
Court Reporter: Dena Legg

1