UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,      Plaintiff,

v.      Criminal Action No. 3:17-cr-78-DJH

DHAVAL JERAMBHAI DHOLARIA,      Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on March 13, 2019, with the following counsel participating:

    For the United States:      Madison Sewell

    For Defendant:      Clark Baird

The Court and counsel discussed the procedural posture of the case.  Counsel advised that the parties have reached an agreement and that the matter should be set for a change-of-plea hearing. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is set for a change-of-plea hearing on **March 27, 2019, at 9:00 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

The trial date remains in place.  Pretrial deadlines will be extended in the event the change-of-plea hearing does not proceed.

March 13, 2019

Court Time: 00/05
Court Reporter: Dena Legg

**David J. Hale, Judge**
**United States District Court**

1