UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                          Plaintiff,

v.                                          Criminal Action No. 3:17-cr-78-DJH

DHAVAL JERAMBHAI DHOLARIA,                                          Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

This matter came before the Court by request of the parties on March 27, 2019, for a change-of-plea hearing, with the following counsel participating:

| | |
|---|---|
| For the United States: | Madison Sewell |
| For Defendant: | Clark Baird |

The defendant was present.  Counsel informed the Court that a plea agreement had not been reached.  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that any motion to continue the current trial date shall be filed no later than the **close of business on March 29, 2019**.  The response to any such motion shall be filed no later than **April 2, 2019**.

March 27, 2019

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/30
Court Reporter: Dena Legg

1