## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE
*Filed Electronically*

**UNITED STATES OF AMERICA**                                                            **PLAINTIFF**

**v.**                                            **CASE NO: 3:17-CR-00078**

**DHAVAL JERAMBHAI DHOLARIA**                                          **DEFENDANT**

MOTION TO CONTINUE

    COMES NOW the Defendant, by and through Counsel, and respectfully requests that this Honorable Court continues the trial, pretrial dates, motion deadlines and all deadlines herein for a period of sixty (60) days.

    In support of this motion, the Defendant by and through counsel, states the following:

1. The Defendant is out of custody and would not be prejudiced by said continuance.

2. The United States would not be prejudiced by a continuance.

3. There have been prior continuances of the trial date in this case. However, these continuances are not the fault of the Defendant. Prior continuances were based upon the fact that the United States received a huge amount of electronic discovery from another district that had to be turned over to a taint team then to counsel for the Defendant and counsel for the Government. This process, based upon the volume of the electronic data that was being reviewed by the taint team took a significant period of time to accomplish. These specific delays should not be imputed to the Defendant.

4. English is the Defendant's second language and while he does speak English, he does want to have the plea agreement translated to his native tongue to ensure he understands the agreement completely.

5. The defense received the plea agreement on March 13. On that date, counsel for the Defendant emailed the plea agreement to the Defendant. However, defense counsel mistakenly used an older email address for the Defendant and therefore the Defendant did not actually receive the plea agreement until the week of March 18.

6. The added dimension of the Defendant's immigration status and how the plea agreement would affect that further complicates the decision of the Defendant and creates the necessity for additional time for the Defendant's Sixth Amendment rights to be fully protected.

WHEREFORE, the Defendant through counsel respectfully requests that the trial, pretrial dates and all deadlines herein be continued for a period of sixty days.

Respectfully submitted,

*s/ J. Clark Baird*
J. CLARK BAIRD
Counsel for Defendant
969 Barret Ave.
Louisville, KY 40204
PHONE: (502) 583-3388
FAX: (502) 583-3366
EMAIL: clark@jclarkbaird.com

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to Assistant United States Attorney.

*s/ J. Clark Baird*
J. CLARK BAIRD