UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                        PLAINTIFF

v.                                                                                  CRIMINAL NO. 3:17 CR-00078-DJH

DHAVAL JERAMBHAI DHOLARIA                                                          DEFENDANT

### ORDER

Motion having been made, and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED AND ADJUDGED that the Defendant's Motion to Continue is **GRANTED**.

_____
Judge

Date: _____