THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

**v.**                           **CRIMINAL ACTION NO. 3:17-CR-78-DJH**
*Electronically Filed*

**DHAVAL JERAMBHAI DHOLARIA**                            **DEFENDANT**

### RESPONSE TO MOTION TO CONTINUE TRIAL

The United States does not object to the defendant's Motion to Continue Trial (DN 72). The United States requests that the court conduct a status conference to schedule a new trial date.

Also, given defense counsel's claim that the defendant was not provided timely notice of the United States's plea offer, and in an effort to avoid a potential ineffective assistance of counsel claim under Missouri v. Frye, 566 U.S. 134 (2012), the United States will keep the plea offer open until April 26, 2019, or one month prior to trial, whichever comes later.

                                                 Respectfully submitted,

                                                 RUSSELL M. COLEMAN
                                                 United States Attorney

                                                 s/*David R. Weiser*
                                                 David R. Weiser
                                                 Assistant United States Attorney
                                                 717 West Broadway
                                                 Louisville, Kentucky 40202
                                                 (502) 625-7068
                                                 (502) 582-5067 (fax)
                                                 David.Weiser@usdoj.gov

## CERTIFICATE OF SERVICE

 I hereby certify that on March 29, 2019, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

         s/*David R. Weiser*
         David R. Weiser
         Assistant United States Attorney