# THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                                                    **CRIMINAL ACTION NO. 3:17-CR-78-DJH**

**DHAVAL JERAMBHAI DHOLARIA**                                                     **DEFENDANT**

## **ORDER**

Upon consideration of defendant's Motion to Continue Trial, (DN 72), and the United States's response stating no objection, the Motion is GRANTED. The Court will arrange a status conference to schedule a new trial date.