UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:17-cr-78-DJH

DHAVAL JERAMBHAI DHOLARIA, Defendant.

\* \* \* \* \*

## ORDER

Defendant Dhaval Jerambhai Dholaria has moved to continue the trial of this matter. (Docket No. 72) The United States does not object to the requested continuance. (D.N. 73) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The unopposed motion to continue (D.N. 72) is **GRANTED**. The trial of this matter, currently set for April 22, 2019, is **REMANDED** from the Court's docket, to be reset by subsequent order. All pretrial deadlines are **VACATED**.

(2) This matter is set for a status conference on **April 22, 2019, at 11:00 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(3) Counsel shall confer in advance of the April 22 conference regarding a potential new trial schedule.

April 9, 2019

**David J. Hale, Judge**
**United States District Court**

cc: Jury Administrator

1