UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL NO. 3:17-CR-78-DJH |
| DHAVAL JERAMBHAI DHOLARIA | DEFENDANT |

MOTION TO CONTINUE STATUS HEARING
*- Electronically Filed -*

Comes the United States, by counsel, and moves this Court to reschedule the status hearing regarding a potential new trial schedule (D.N. 74), currently scheduled for April 22, 2019. Counsel for the United States will be out of town on April 22, 2019.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

/s/ David Weiser
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911

CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to J. Clark Baird, counsel for defendant.

/s/ David Weiser
Assistant U.S. Attorney