UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                                                CRIMINAL NO. 3:17-CR-78-DJH

DHAVAL JERAMBHAI DHOLARIA                                                         DEFENDANT

ORDER

This matter is before the Court on a motion by the United States to continue the status hearing regarding a potential new trial schedule (D.N. 74).  Having considered the motion and being sufficiently advised,

IT IS HEREBY ORDERED that the motion is granted and the hearing regarding a potential new trial schedule (D.N. 74), currently scheduled for April 22, 2019, is continued to

Dated: _____