UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Criminal Action No. 3:17-cr-78-DJH

DHAVAL JERAMBHAI DHOLARIA,　　　　　　　　　　　　　　　　　Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE

A status conference was held in this matter on April 23, 2019, with the following counsel participating:

　　For the United States:　　Chris Tieke

　　For Defendant:　　Clark Baird

The defendant was present. Because neither counsel of record for the United States was present, the Court could not finalize a trial schedule. The parties tentatively selected July 29 as the trial date. A trial date and pretrial deadlines will be set following a telephonic status conference to be set by subsequent order. **Counsel shall confer prior to the telephonic conference in an attempt to reach agreement on a trial schedule and pretrial deadlines.**

　　April 23, 2019

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/15
Court Reporter: Dena Legg

1