UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                              Plaintiff,

v.                                                            Criminal Action No. 3:17-cr-78-DJH

DHAVAL JERAMBHAI DHOLARIA,                                                             Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE

A telephonic status conference was held in this matter on June 13, 2019, with the following counsel participating:

| | |
|---|---|
| For the United States: | David Weiser |
| | Madison Sewell |
| For Defendant: | Clark Baird |

The Court and counsel discussed the procedural posture of the case. Counsel reported that the parties anticipate proceeding to trial on July 29, 2019, as scheduled. All pretrial dates and deadlines remain in place. A further telephonic conference will be set by subsequent order.

June 13, 2019

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/05
Court Reporter: April Dowell

1