UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:17-cr-78-DJH |
| DHAVAL JERAMBHAI DHOLARIA, | Defendant. |

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE

A telephonic status conference was held in this matter on July 2, 2019, with the following counsel participating:

    For the United States:    Madison Sewell

    For Defendant:    Clark Baird

The Court and counsel discussed the procedural posture of the case. Counsel reported that the parties are preparing for trial on July 29 and that they anticipate stipulating to certain facts for purposes of trial.

All pretrial deadlines remain in place.

July 2, 2019

                    **David J. Hale, Judge**
                    **United States District Court**

Court Time: 00/05
Court Reporter: Dena Legg