UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                PLAINTIFF

v.                                                                        CRIMINAL ACTION NO. 3:17-CR-78-DJH
*ELECTRONICALLY FILED*

DHAVAL JERAMBHAI DHOLARIA                            DEFENDANT

## NOTICE OF TRIAL EXHIBIT

Pursuant to the Court's Scheduling Order, the United States provides notice of its intended trial exhibits. The United States reserves the right to add or delete exhibits prior to or during trial.

| Exh No | Description | Bates range |
|---|---|---|
| 1 | 03-17-16 Gmail_new order | USA-0793 |
| 2 | 3-17-16 Gmail_Print Invoice-Pay Pal James Wilson Buy #2- Adequate Solutions | USA-0813 |
| 3 | 03-17-16 Gmail_Pay Pal James Wilson Buy #2 | USA-0902 |
| 4 | USPS Tracking -James Wilson Buy#2 | USA-0653 |
| 5 | 3-24-16 Gmail_new order | USA-787 |
| 6 | Photographs of Package (17) | USA-0655- 0671 |
| 7 | Postage Label | USA-0652 |
| 8 | PHYSICAL parcel: FDA Inventory of Evidence #15-0027-017647 to Michael Riley, Goshen KY, bearing tracking number 9405-5118-9956-3111-8969-20 showing SAM H 8800 W Sam Houston Pkwy, Ste 232 Houston TX. | PHYSICAL |
| 8a | FDA analysis report (FACTS # 954243) _FDA #15-0027-017647 _ David Crockett   dated April 18, 2016   (Blister packs of tablets containing Zolpidem -James Wilson buy #2) | USA-0010 |
| 8b | FDA Inventory of Evidence #15-0027-017647 9 blister packets of Zoltrate-10 | USA-0613 |

| Exh No | Description | Bates range |
|---|---|---|
| 9 | USPS Maintain Meter Status (stamps.com) | USA 1582 |
| 10 | Vonage Subpoena compliance | USA-0740-0741 |
| 11 | Stamps.com Meter 9793016 Account Information | USA-1634-1635 |
| 12 | Stamp.com IP(9793016)- Spreadsheet | USA-1594 |
| 13 | Stamp.com Meter 06 9793016 meter log (with City field) - Spreadsheet | USA-1594 |
| 14 | Stamps.com Meter 06 9793016 meter log- Spreadsheet | USA-1594 |
| 15 | Stamp.com meter 8135232 profile -Account # 4885260- Spreadsheet | USA-1594 |
| 16 | Stamp.com meter 8135260 profile -Account #4885288- Spreadsheet | USA-1594 |
| 17 | Stamp.com meter 9793016 profile -Account #6544865- Spreadsheet | USA-1594 |
| 18 | Stamp.com Meter 06 9793016 -Tracking ID - Spreadsheet | USA-1594 |
| 19 | Stamp.com Print History(9793016) Summary- Spreadsheet | USA-1594 |
| 20 | Stamp.com Print history(9793016) Details- Spreadsheet | USA-1594 |
| 21 | Email :RE: Merchant Login Info from DD dd, abcdamerican@gmail.com dated 12/22/2015- Signature Block David D. Angel Export Import | EMAIL-0000747 |
| 22 | Comerica Bank Statement dated 04/13/2016 | USA-0717 to 0721 |
| 23 | US Bank Checks Paid to Comerica Credit Card | USA-0732-0738 |
| 24 | Email: Texas Driver's License | EMAIL -0059050 |
| 25 | Angel Export Import Http page- About US - | USA-0024 |
| 26 | Email: Business Record from Secretary of State | EMAIL -0000871to 0000872 |
| 27 | Email: 10/20/16 Dholaria claims home address as address of Angel Export Import on IRS Power of Attorney form | EMAIL - 25613 |
| 28 | Email: "Dhaval Dholaria"  "CEO" of Angel Export Imports-Signature | EMAIL- 3591 |

| Exh No | Description | Bates range |
|---|---|---|
| 29 | Email: "David D' alias dating back to December 2015   Phone # associated with dhlinusa@yahoo.com   (ABC America is His) | EMAIL- |
| 30 | Email: Arkansas Government pay receipts. Dhaval Dholaria home address abcdamerican@gmail.com - (732)485-9198 | EMAIL -1241 |
| 31 | Photographs of all incoming HSI parcels packages | USA-0106 to 0112 |
| 32 | PHYSICAL parcel: CBP Seizure # 2016SZ004817401; to Don Domingo, 17006 Flowerfield Lane, Houston TX; 2,000 Unit of Tramadol: EM88343652IN; dated 2/27/2016. | PHYSICAL |
| 32a | CBP Seizure# 2016SZ004817401; to Don Domingo, 17006 Flowerfield Lane, Houston TX; 2,000 Unit of Tramadol: EM88343652IN; dated 2/27/2016 | USA-0815 to 0817 |
| 33 | PHYSICAL parcel # 15-0027-37339: addressed to "Wasquez dave" "17006 flowerfield LN Houston TX 77060 USA" bearing EMS tracking #: "EM911607618IN" found to contain 2,000 OL-TRAM 50mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS. CBP Seizure# 2016SZ005315501; dated 3/11/2016. | PHYSICAL |
| 33a | Photographs: "Wasquez dave" parcel image FDA # 15-0027-37339/ EM911607618IN. | USA-0923-0924 |
| 33b | Photographs : Evidence processing from 05-20-16(CBP Parcels) FDA # 15-0027-37339/ EM911607618IN | USA-0232 to 0256 |
| 33c | CBP Seizure # 2016SZ005315501; DHS Custody Receipt #6964129 on 3/11/2016<br>FDA # 15-0027-37339 | USA-0925 |
| 33d | FDA Inventory of Evidence # 15-0027-37339: addressed to "Wasquez dave" "17006 Flowerfield LN Houston TX 77060 USA" bearing EMS tracking #: "EM911607618IN" found to contain 2,000 OL-TRAM 50mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS | USA-0640 |
| 33e | CBP Seizure# 2016SZ005315501; Dave Wasquez,   17006 Flowerfield Lane Houston TX; EM911607618IN; dated 3/11/2016 | USA-0819 to 0821 |
| 34 | PHYSICAL parcel # 15-0027-46798:   addressed to "Wasquez dave" "17006 flowerfield LN Houston TX 77060 USA" bearing EMS tracking #: "EM911607065IN" found to contain 2,000 OL-TRAM 50mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS. CBP Seizure # 2016SZ005316001;dated 3/11/2016. | PHYSICAL |
| 34a | Photographs: "Wasquez dave" parcel image EMS# EM911607065IN. | USA-0944 to 0945 |
| 34b | Photographs : Evidence processing from 05-20-16(CBP Parcels) FDA # 15-0027-46798/ EM911607065IN | USA-0417 to 0442 |
| 34c | CBP Seizure # 2016SZ005316001; DHS Custody Receipt # 6964127 on 3/12/2016.   FDA # 15-0027-46798: | USA-0946 |

| Exh No | Description | Bates range |
|---|---|---|
| 34d | FDA Inventory of Evidence # 15-0027-46798:  addressed to "Wasquez dave" "17006 flowerfield LN Houston TX 77060 USA" bearing EMS tracking #: "EM911607065IN" found to contain 2,000 OL-TRAM 50mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS | USA-0638 |
| 34e | CBP Seizure # 2016SZ005316001; Dave Wasquez,   17006 Flowerfield Lane Houston TX;   EM911607065IN; dated 3/11/2016 | USA-0823 to 0825 |
| 35 | PHYSICAL parcel # 15-0027-29202:  addressed to "Wasquez dave" "17006 flowerfield LN Houston TX 77060 USA" bearing EMS tracking #:  "EM911607119IN" found to contain 2,000 OL-TRAM 50mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS. CBP Seizure # 2016SZ005316501; dated 3/11/2016. | PHYSICAL |
| 35a | Parcel Photographs: "Wasquez dave" parcel image EMS# EM911607119IN. | USA-0926-0927 |
| 35b | Photographs : Evidence processing from 05-20-16(CBP Parcels) FDA Inventory of Evidence # 15-0027-9202/ EM911607119IN | USA-0567 to 0588 |
| 35c | CBP Seizure # 2016SZ005316501; DHS Custody Receipt #6964128 on 3/11/2016.  FDA # 15-0027-29202: | USA-0928 |
| 35d | FDA Inventory of Evidence # 15-0027-29202:  addressed to "Wasquez dave" "17006 flowerfield LN Houston TX 77060 USA" bearing EMS tracking #:   "EM911607119IN" found to contain 2,000 OL-TRAM 50mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS | USA-0639 |
| 35e | SEACAT: CBP Seizure # 2016SZ005316501; Dave Wasquez,   17006 Flowerfield Lane Houston TX:   EM911607119IN; dated 3/11/2016 | USA-0827 to 0829 |
| 36 | PHYSICAL parcel # 15-0027-54184:  addressed to "John JP" "17006 flowerfield LN Houston TX 77060 USA" bearing EMS tracking #: "EM911650355IN" found to contain 2,000 OL-TRAM 50mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS. CBP Seizure #    2016SZ005316601; dated 3/11/2016. | PHYSICAL |
| 36a | Photographs: "John JP" parcel image # EM911650355IN. FDA # 15-0027-54184 | USA-0956-0957 |
| 36b | Photographs : Evidence processing from 05-20-16(CBP Parcels) # EM911650355IN.  FDA # 15-0027-54184 | USA-0310 to 0037 |
| 36c | FDA analysis report (FACTS # 962726) (HSI parcel - Houston, TX).  FDA #15-0027-54184/ EM911650355IN | USA-0004 |

4

| Exh No | Description | Bates range |
|---|---|---|
| 36d | CBP Seizure# 2016SZ005316601 DHS Custody Receipt # 6964130 Custody Receipt – "John JP" parcel # EM911650355IN. FDA # 15-0027-54184 on 3/11/2016. FDA # 15-0027-54184 | USA-0958 |
| 36e | FDA Inventory of Evidence # 15-0027-54184: addressed to "John JP" "17006 flowerfield LN Houston TX 77060 USA" bearing EMS tracking #: "EM911650355IN" found to contain 2,000 OL-TRAM 50mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS | USA-00633 |
| 36f | SEACATS: CBP Seizure # 2016SZ005316601; John JP, 17006 Flowerfield Lane, Houston TX; EM911650355IN; dated 3/11/2016 | USA-0831 to 0833 |
| 37 | PHYSICAL parcel #15-0027-19000: addressed to "John JP" "17006 Flowerfield LN Houston TX 77060 USA" bearing EMS tracking #: "EM911649975IN" found to contain 2,000 OL-TRAM 100mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS. CBP Seizure # 2016SZ006097701; dated 4/12/2016. | PHYSICAL |
| 37a | Photographs : John JP parcel image EMS#EM911649975IN | USA-0914 to 0915 |
| 37b | Photographs : Evidence processing from 05-20-16(CBP Parcels) FDA #15-0027-19000/ EM911649975IN | USA-0168 to 0185 |
| 37c | CBP Seizure # 2016SZ006097901; DHS Custody Receipt # 6964191 on **4/1/2016.** FDA #15-0027-19000: | USA-0916 |
| 37d | FDA Inventory of Evidence #15-0027-19000: addressed to "John JP" "17006 Flowerfield LN Houston TX 77060 USA" bearing EMS tracking #: "EM911649975IN" found to contain 2,000 OL-TRAM 100mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS | USA-0631 |
| 37e | SEACATS: CBP Seizure # 2016SZ006097701; John JP, 17006 Flowerfield Lane, Houston TX., EM911649975IN; dated 4/12/2016. | USA-0875 to 0877 |
| 38 | PHYSICAL parcel # 15-0027-88979: addressed to "John JP" "17006 flowerfield LN Houston TX 77060 USA" bearing EMS tracking #: "EM911650315IN" found to contain 2,000 OL-TRAM 100mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS. CBP Seizure # 2016SZ005318801; dated 3/11/2016. | PHYSICAL |
| 38a | Photographs: "John JP" parcel image # EM911650315IN/FDA# 15-0027-88979 | USA-0950-0951 |
| 38b | Photographs : Evidence processing from 05-20-16(CBP Parcels) FDA# 15-0027-88979/ EM911650315IN | USA-0284 to 0309 |
| 38c | CBP Seizure# 2016SZ005318801 DHS Custody Receipt # 6964131 Custody Receipt – "John JP" parcel # EM911650315IN on 3/12/2016**.** FDA # 15-0027-88979 | USA-0952 |

| Exh No | Description | Bates range |
|---|---|---|
| 38d | FDA Inventory of Evidence # 15-0027-88979:   addressed to "John JP" "17006 flowerfield LN Houston TX 77060 USA" bearing EMS tracking #: "EM911650315IN" found to contain 2,000 OL-TRAM 100mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS | USA-00632 |
| 38e | SEACATS: CBP Seizure # 2016SZ005318801; John JP, 17006 Flowerfield Lane, Houston TX; EM911650315IN; dated 3/11/2016. | USA-0891 to 0893 |
| 39 | PHYSICAL parcel # 15-0027-77275:   addressed to "Juan s" "PO BOX 670169 Houston TX 77267 USA bearing EMS tracking #: "EM911607649IN" found to contain 2,000 OL-TRAM 100mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS. CBP Seizure # 2016SZ005319001; dated 3/11/2016. | PHYSICAL |
| 39a | Photographs: Juan s parcel image FDA # 15-0027-77275/ EM911607649IN | USA-0976 to 0977 |
| 39b | Photographs : Evidence processing from 05-20-16(CBP Parcels) FDA # 15-0027-77275/ EM911607649IN | USA-0589 to 0612 |
| 39c | CBP Seizure# 2016SZ005319001; DHS Custody Receipt #6278876 on 3/11/2016.<br>FDA Inventory of Evidence # 15-0027-77275 | USA-0978 |
| 39d | FDA Inventory of Evidence # 15-0027-77275:   addressed to "Juan s" "PO BOX 670169 Houston TX 77267 USA bearing EMS tracking #: "EM911607649IN" found to contain 2,000 OL-TRAM 100mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS | USA-0635 |
| 39e | SEACATS: CBP Seizure # 2016SZ005319001; Juan S, P.O. Box 670169, Houston TX; EM911607649IN; dated 3/11/2016. | USA-0971 to 0973 |
| 40 | PHYSICAL parcel #15-0027-80069:   addressed to "Juan s" "PO BOX 670169 Houston TX 77267 USA" bearing EMS tracking #: "EM911650324IN" found to contain 2,000 OL-TRAM 100mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS CBP Seizure # 2016SZ005319301; dated 3/11/2016. | PHYSICAL |
| 40a | Photographs: "Juan s" parcel image FDA   #15-0027-80069/ EM911650324IN. | USA-0947-0948 |
| 40b | Photographs : Evidence processing from 05-20-16(CBP Parcels) FDA Inventory of Evidence#15-0027-80069/ EM911650324IN | USA-0257 to 0283 |
| 40c | FDA analysis report (FACTS # 962722) (HSI parcel - Houston, TX). FDA # 15-0027-80069/ EM911650324IN | USA-0006 |
| 40d | CBP Seizure # 2016SZ005356601 DHS Custody Receipt # 6964132 Custody Receipt – "Juan s" parcel # EM911650324IN on 3/11/2016. FDA #15-0027-80069 | USA-0949 |

| Exh No | Description | Bates range |
|---|---|---|
| 40e | FDA Inventory of Evidence#15-0027-80069:   addressed to "Juan s" "PO BOX 670169 Houston TX 77267 USA" bearing EMS tracking #: "EM911650324IN" found to contain 2,000 OL-TRAM 100mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS | USA-0637 |
| 40f | CBP Seizure # 2016SZ005319301; Juan S, P.O. Box 670169, Houston TX; EM911650324IN; dated 3/11/2016 | USA-0835 to 0837 |
| 41 | PHYSICAL parcel # 15-0027-27159: addressed to "Juan s" "PO BOX 670169 Houston TX 77267 USA" bearing EMS tracking #: "EM911650032IN" found to contain 2,000 OL-TRAM 50mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS. CBP Seizure # 2016SZ00535301; dated 3/12/2016. | PHYSICAL |
| 41a | Photographs: "Juan s" parcel image FDA # 15-0027-27159/ EM911650032IN. | USA-0929-0930 |
| 41b | Photographs : Evidence processing from 05-20-16(CBP Parcels) FDA # 15-0027-27159/ EM911650032IN | USA0443 to 0470 |
| 41c | CBP Seizure # 2016SZ005355401; DHS Custody Receipt #6964143 on 3/12/2016.<br>FDA # 15-0027-27159 | USA-0931 |
| 41d | FDA Inventory of Evidence # 15-0027-27159: addressed to "Juan s" "PO BOX 670169 Houston TX 77267 USA" bearing EMS tracking #: "EM911650032IN" found to contain 2,000 OL-TRAM 50mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS | USA-0636 |
| 41e | SEACATS: CBP Seizure #   2016SZ005355401; Juan S, P.O. Box 670169, Houston TX; EM911607136IN; dated 3/12/2016 | USA-0843 to 0845 |
| 42 | PHYSICAL parcel # 15-0027-87831 addressed to "Juan s" "PO BOX 670169 Houston TX 77267 USA" bearing EMS tracking #: "EM911607136IN" found to contain 2,000 OL-TRAM 50mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS. CBP Seizure # 2016SZ005355401; dated 3/12/2016. | PHYSICAL |
| 42a | Photographs : Juan's parcel image #EM911697136IN- FDA # 15-0027-87831 | USA-0908-0909 |
| 42b | Photographs : Evidence processing from 05-20-16(CBP Parcels; FDA # 15-0027-87831/#EM911697136IN | USA-0138 to 0167 |
| 42c | CBP Seizure# 2016SZ005318801 DHS Custody Receipt # 6964133 Custody Receipt – "John JP" parcel # EM911607136IN. EM911697136IN- FDA # 15-0027-87831 on 3/11/2016. FDA # 15-0027-87831 | USA-0910 |

7

| Exh No | Description | Bates range |
|---|---|---|
| 42d | FDA Inventory of Evidence # 15-0027-87831 addressed to "Juan s" "PO BOX 670169 Houston TX 77267 USA" bearing EMS tracking #: "EM911607136IN" found to contain 2,000 OL-TRAM 50mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS | USA-0634 |
| 43 | PHYSICAL parcel # 15-0027-72765: addressed to "Adri Del" "PO BOX 670169 Houston TX 77267 USA" bearing EMS tracking #: "EM911607666IN" found to contain 2,000 OL-TRAM 100mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS. CBP Seizure # 2016SZ005354901; dated 3/12/2016. | PHYSICAL |
| 43a | Photographs: "Adri Del" parcel image FDA # 15-0027-72765/ EM911607666IN EM911607666IN. | USA-0938-0939 |
| 43b | Photographs : Evidence processing from 05-20-16(CBP Parcels) FDA # 15-0027-72765/ EM911607666IN | USA-0517 to 0542 |
| 43c | CBP Seizure # 2016SZ005354901; DHS Custody Receipt #6964134 on 3/12/2016.   FDA Inventory of Evidence # 15-0027-72765 | USA-0940 |
| 43d | FDA Inventory of Evidence # 15-0027-72765: addressed to "Adri Del" "PO BOX 670169 Houston TX 77267 USA" bearing EMS tracking #: "EM911607666IN" found to contain 2,000 OL-TRAM 100mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS | USA-0622 |
| 43e | SEACATS: CBP Seizure #   2016SZ005354901; Adri Del PO BOX 670169 Houston, TX;   EM911607666IN; dated 3/12/2016 | USA-0879 to 0881 |
| 44 | PHYSICAL parcel # 15-0027-54566: addressed to "Adri Del" "PO BOX 670169 Houston TX   77267 USA" bearing EMS tracking #: "EM911607581IN" found to contain 2,000 OL-TRAM 50mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS. CBP Seizure #   2016SZ005355001; dated 3/12/2016. | PHYSICAL |
| 44a | Photographs: "Adri Del" parcel image FDA # 15-0027-54566/ EM911607581IN. | USA-0932-0933 |
| 44b | Photographs : Evidence processing from 05-20-16(CBP Parcels) FDA # 15-0027-54566/ EM911607581IN | USA-0471 to 0491 |
| 44c | CBP Seizure # 2016SZ005355001; DHS Custody Receipt #6964135 on 3/12/2016.<br>FDA # 15-0027-54566: | USA-0934 |
| 44d | FDA Inventory of Evidence # 15-0027-54566:   addressed to "Adri Del" "PO BOX 670169 Houston TX   77267 USA" bearing EMS tracking #: "EM911607581IN" found to contain 2,000 OL-TRAM 50mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS | USA-0621 |
| 44e | SEACATS: CBP Seizure #   2016SZ005355001; Adri Del PO BOX 670169 Houston, TX; EM911607581IN; dated 3/12/2016 | USA-0883 to 0085 |

| Exh No | Description | Bates range |
|---|---|---|
| 45 | PHYSICAL parcel # 15-0027-17309: addressed to "Adri Del" "PO BOX 670169 Houston TX 77267 USA" bearing EMS tracking #: "EM911650369IN" found to contain 2,000 OL-TRAM 50mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS. CBP Seizure # 2016SZ005355101; dated 3/12/2016. | PHYSICAL |
| 45a | Photographs:"Adri Del" parcel image FDA # 15-0027-17309 / EM911650369IN | USA-0917-0918 |
| 45b | Photographs : Evidence processing from 05-20-16(CBP Parcels) FDA # 15-0027-17309 / EM911650369IN | USA-0187 to 0213 |
| 45c | CBP Seizure # 2016SZ005355101; DHS Custody Receipt #6964136 on **3/12/2016.** FDA Inventory of Evidence # 15-0027-17309 | USA-0919 |
| 45d | FDA Inventory of Evidence # 15-0027-17309: addressed to "Adri Del" "PO BOX 670169 Houston TX 77267 USA" bearing EMS tracking #: "EM911650369IN" found to contain 2,000 OL-TRAM 50mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS | USA-0623 |
| 45e | CBP Seizure # 2016SZ005355101; Adri Del PO BOX 670169 Houston, TX; EM911650369IN; dated 3/12/2106 | USA-0887 to 0889 |
| 46 | PHYSICAL parcel # 15-0027-55911: addressed to "j Dav" "8800 W Sam Houston Pkwy S, Suite 239 Houston TX 77099 USA" bearing EMS tracking #: "EM911650341IN" found to contain 2,000 OL-TRAM 100mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS. CBP Seizure # 2016SZ005358601; dated 3/12/2016. | PHYSICAL |
| 46a | Photographs: "Juan s" parcel image FDA # 15-0027-55911/ EM911650341IN. | USA-0947-0948 |
| 46b | Photographs : Evidence processing from 05-20-16(CBP Parcels) FDA # 15-0027-55911/ EM911650341IN | USA-0543 to 0566 |
| 46c | CBP Seizure # 2016SZ005358601; DHS Custody Receipt #6964139 on 3/12/2016. FDA # 15-0027-55911 | USA-0943 |
| 46d | FDA Inventory of Evidence # 15-0027-55911: addressed to "j Dav" "8800 W Sam Houston Pkwy S, Suite 239 Houston TX 77099 USA" bearing EMS tracking #: "EM911650341IN" found to contain 2,000 OL-TRAM 100mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS | USA-0630 |
| 46e | SEACATS: CBP Seizure # 2016SZ005358601; J Dav, , 8800 W Sam Houston Ste 239, Houston TX; EM911650341IN; dated 3/12/2016. | USA-0847 to 0849 |
| 47 | PHYSICAL parcel #15-0027-22579: addressed to "j Dav" "8800 W Sam Houston Pkwy S, Suite 239 Houston TX 77099 USA" bearing EMS tracking #: "EM911650001IN" found to contain 2,000 OL-TRAM 50mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS. CBP Seizure # 2016SZ005358701; dated 3/12/2016. | PHYSICAL |

| Exh No | Description | Bates range |
|---|---|---|
| 47a | Photographs: j Dav parcel image EMS#EM911650001IN | USA-0911-0912 |
| 47b | Photographs : Evidence processing from 05-20-16(CBP Parcels) FDA #15-0027-22579/ EM911650001IN | USA-0113 to 0137 |
| 47c | CBP Seizure # 2016SZ005358701; DHS Custody Receipt # 6964145 on 3/11/2016.<br>FDA #15-0027-22579 | USA-0913 |
| 47d | FDA Inventory of Evidence #15-0027-22579:   addressed to "j Dav" "8800 W Sam Houston Pkwy S, Suite   239 Houston TX 77099 USA" bearing EMS tracking #: "EM911650001IN" found to contain 2,000 OL-TRAM 50mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS | USA-0629 |
| 47e | SEACATS:CBP Seizure # 2016SZ005358701; J Dav, , 8800 W Sam Houston Ste 239, Houston TX; EM911650001IN; dated 3/12/2016 | USA-0851 to 0853 |
| 48 | PHYSICAL parcel # 15-0027-53153:   addressed to "j Dav" "8800 W Sam Houston Pkwy S, Suite 239 Houston TX 77099 USA" bearing EMS tracking #: "EM911649961IN" found to contain 2,000 OL-TRAM 100mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS. CBP Seizure # 2016SZ005358801; dated 3/12/2016. | PHYSICAL |
| 48a | Photographs: "j Dav" parcel image FDA # 15-0027-53153/ EM911649961IN. | USA-0935-0936 |
| 48b | Photographs : Evidence processing from 05-20-16(CBP Parcels) FDA # 15-0027-53153/ EM911649961IN | USA-0492 to 0516 |
| 48c | CBP Seizure # 2016SZ005358801; DHS Custody Receipt #6964146 on 3/12/2016. FDA # 15-0027-53153 | USA-0937 |
| 48d | FDA Inventory of Evidence # 15-0027-53153:   addressed to "j Dav" "8800 W Sam Houston Pkwy S, Suite 239 Houston TX 77099 USA" bearing EMS tracking #: "EM911649961IN" found to contain 2,000 OL-TRAM 100mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS | USA-0628 |
| 48e | SEACATS CBP Seizure # 2016SZ005358801; J Dav, ,   8800 W Sam Houston Ste 239, Houston TX; EM91149961IN; dated 3/12/2016. | USA-0855 to 0857 |
| 49 | PHYSICAL parcel # 15-0027-82637:   addressed to "David D" "8800 W Sam Houston Pkwy S, Suite 239 Houston TX 77099 USA" bearing EMS tracking #:   "EM911607621IN" found to contain 2,000 OL-TRAM 50mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS. CBP Seizure #   2016SZ005356601; dated 3/12/2016 | PHYSICAL |
| 49a | Photographs; "David D" parcel image   FDA #15-0027-82637/ EM911607621IN | USA-0962-0963 |
| 49b | Photographs : Evidence processing from 05-20-16(CBP Parcels) FDA #15-0027-82637/ EM911607621IN | USA-0388 to 0416 |

| Exh No | Description | Bates range |
|---|---|---|
| 49c | FDA analysis report (FACTS # 962729) (HSI parcel - Houston, TX). # EM911607621IN. | USA-0005 |
| 49d | CBP Seizure # 2016SZ005356601 DHS Custody Receipt # 6964137 Custody Receipt – "David D" parcel # EM911607621IN on 3/11/2016. FDA # 15-0027-82637 | USA-0964 |
| 49e | FDA Inventory of Evidence # 15-0027-82637: addressed to "David D" "8800 W Sam Houston Pkwy S, Suite 239 Houston TX 77099 USA" bearing EMS tracking #: "EM911607621IN" found to contain 2,000 OL-TRAM 50mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS" | USA-0625 |
| 49f | SEACATSCBP Seizure # 2016SZ005356601; David D, 8800 W Sam Houston Ste 239, Houston TX; EM911607621IN, dated 3/12/2016 | USA-0859 to 0861 |
| 50 | PHYSICAL parcel # 15-0027-43299: addressed to "David D" "8800 W Sam Houston Pkwy S, Suite 239 Houston TX 77099 USA" bearing EMS tracking #: "EM911607706IN" found to contain 1,500 Pain-O-Soma 350mg tablets in blister packets labeled as "Carisoprodol U.S.P. CBP Seizure # 2016SZ005356801; dated 3/12/2016 | PHYSICAL |
| 50a | Photographs: "David D" parcel image # EM911607706IN. FDA # 15-0027-43299 | USA-0953-0954 |
| 50b | Photographs : Evidence processing from 05-20-16(CBP Parcels) #EM911607706IN. FDA # 15-0027-43299 | USA-0338 to 0360 |
| 50c | FDA analysis report (FACTS # 962641) (HSI parcel - Houston, TX) FDA #5-0027-43299 /#EM911607706IN | USA-0002 |
| 50d | CBP Seizure # 2016SZ005356801 DHS Custody Receipt # 6964138 Custody Receipt – "David D" parcel # EM911607706IN. FDA # 15-0027-43299 on 3/12/2016. FDA # 15-0027-43299 | USA-0955 |
| 50e | FDA Inventory of Evidence # 15-0027-43299: addressed to "David D" "8800 W Sam Houston Pkwy S, Suite 239 Houston TX 77099 USA" bearing EMS tracking #: "EM911607706IN" found to contain 1,500 Pain-O-Soma 350mg tablets in blister packets labeled as "Carisoprodol U.S.P | USA-0626 |
| 50f | SEACATS: CBP Seizure # 2016SZ005356801; David D, 8800 W Sam Houston Ste 239, Houston TX; EM911607706IN; dated 3/12/2016 | USA-0863 to 0865 |
| 51 | PHYSICAL parcel # 15-0027-65444: addressed to "David D" "8800 W Sam Houston Pkwy S, Suite 239 Houston TX 77099 USA" bearing EMS tracking #: "EM911650029IN" found to contain 2,000 OL-TRAM 50mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS. CBP Seizure # 2016SZ005356901 dated 3/12/ 2016. | PHYSICAL |
| 51a | Photographs: "David D" parcel image # EM911650029IN. | USA-0959-0960 |
| 51b | Photographs : Evidence processing from 05-20-16(CBP Parcels) FDA # 15-0027-65444/ EM911650029IN | USA-0361 to 0387 |

| Exh No | Description | Bates range |
|---|---|---|
| 51c | FDA analysis report (FACTS # 962604) (HSI parcel - Houston, TX). FDA# 15-0027-65444/ EM911650029IN | USA-0007 |
| 51d | CBP Seizure # 2016SZ005356901 DHS Custody Receipt # 6964144 Custody Receipt – "David D" parcel # EM911650029IN on 3/12/2016. FDA # 15-0027-65444 | USA-0961 |
| 51e | FDA Inventory of Evidence # 15-0027-65444: One cardboard box addressed to "David D" "8800 W Sam Houston Pkwy S, Suite 239 Houston TX 77099 USA" bearing EMS tracking #: "EM911650029IN" found to contain 2,000 OL-TRAM 50mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS | USA-0627 |
| 51f | SEACATS: CBP Seizure # 2016SZ005356901; David d   8800 W Sam Houston Ste 239, Houston TX ; EM911650029IN; dated 3/12/ 2016 | USA-0867 to 0869 |
| 52 | PHYSICAL parcel # 15-0027-28923:   addressed to "Dave D" "PO BOX 670169 Houston TX   77267 USA" bearing EMS tracking #: "EM911632572IN" found to contain 2,000 OL-TRAM 50mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS". CBP Seizure # 2016SZ005803401; dated 3/24/2016. | PHYSICAL |
| 52a | Photographs: "Dave D" parcel image FDA # 15-0027-28923/ EM911632572IN. | USA-0920 to0921 |
| 52b | Photographs : Evidence processing from 05-20-16(CBP Parcels) FDA # 15-0027-28923/ EM911632572IN | USA-0214 to 0231 |
| 52c | CBP Seizure # 2016SZ005803401; DHS Custody Receipt #6964183 on 3/24/2016.    FDA # 15-0027-28923: | USA-0922 |
| 52d | FDA Inventory of Evidence # 15-0027-28923:   addressed to "Dave D" "PO BOX 670169 Houston TX   77267 USA" bearing EMS tracking #: "EM911632572IN" found to contain 2,000 OL-TRAM 50mg tablets in blister packets labeled as "TRAMADOL HYDROCHLORIDE TABLETS" | USA-0624 |
| 52e | SEACATS: CBP Seizure # 2016SZ005803401; David d   8800 W Sam Houston Ste 239, Houston TX;   EM911632572IN; dated 3/24/2016 | USA-0871 to 0873 |
| 53 | PHYSICAL parcel CBP Seizure # 2016SZ005367801; David D, 1325 Hartwick Rd, Houston Tx; EM911607635IN; dated 3/13/2016. | PHYSICAL |
| 53a | SEACATS: CBP Seizure #   2016SZ005367801; David D, 1325 Harrtwick Rd, Houston Tx; EM911607635IN; dated 3/13/2016. | USA-979 to 0981 |
| 54 | PHYSICAL parcel CBP Seizure # 2016SZ005367901; David D, 1325 Hartwick Rd, Houston Tx; EM911607578IN; dated 3/13/2016. | PHYSICAL |
| 54a | SEACATS: CBP Seizure #   2016SZ005367901; David D, 1325 Harrtwick Rd, Houston Tx; EM911607578IN; dated 3/13/2016. | USA-965 to 0967 |

| Exh No | Description | Bates range |
|---|---|---|
| 55 | PHYSICAL parcel CBP Seizure # 2016SZ005802601; David D, 1325 Hartwick Rd, Houston Tx; EM911632612IN; 3/24/2016. | PHYSICAL |
| 55a | SEACATS: CBP Seizure #   2016SZ005802601; David D, 1325 Harrtwick Rd, Houston Tx; EM911632612IN;3/24/2016. | USA-968 to 0970 |
| 56 | PHYSICAL parcel :"SAM H" parcel sent to "WR" Cincinnati, OH Inventory of Evidence15-0027-87939 | PHYSICAL |
| 56a | FDA Forensic analysis report (FACTS # 958700) "SAM H" parcel sent to WR, Cincinnati, OH._FDA # 15-0027-87939_Renee Easter, dated June 17, 2016 | USA-0009 |
| 56 | FDA Inventory of Evidence # 15-0027-87939; "SAM H" parcel sent to "WR" Cincinnati, OH | USA-0616 |
| 57 | PHYSICAL parcel :" "SAM H" parcel sent to "JR" Beech Grove, IN Inventory of Evidence 15-0027-53917 | PHYSICAL |
| 57a | FDA Forensic analysis report (FACTS #958666) (DHOLARIA)._ "SAM H" Parcel sent JR, Beech Grove IN_FDA # 15-0027-53917_ Brian Boyd, dated June 28, 2016 | USA-0001 |
| 57b | FDA Inventory of Evidence # 15-0027-53917; "SAM H" parcel sent to "JR" Beech Grove, IN | USA-0615 |
| 58 | Photographs of 29 Postal Seizures Outgoing | USA-0067-0078 |
| 58a | FDA Forensic analysis report (FACTS # 968922) USPIS evidence from Inspector Ron Corley (DHOLARIA)._ FDA # 15-0027-55600_Nora Shockey, dated September 28, 2016 | USA-0011-0012 |
| 58b | FDA Inventory of Evidence # 15-0027-55600 Multiple parcels received from PI Ron Corley dated 07/05/2016 | USA-0618 to 6020 |
| 59 | PHYSICAL parcel: addressed to M. W., 302 Pinecrest Dr , Union MS, with tracking number 9405511899563131556262, containing 180 tablets of zolpidem tartrate. #H16-705 | PHYSICAL |
| 59a | Parcel Photographs: M. W., 302 Pinecrest Dr Union MS- #H16-705 contained 180 tablets of zolpidem tartrate | USA-0090 to 0093<br>USA-0000549<br>USA-005216 |
| 60 | PHYSICAL parcel: addressed to J.M., 24 Basse Circle, Lynn, MA 01905-1207, with tracking number 9405511899563725 7658 72. H16-706 | PHYSICAL |
| 60a | Parcel Photographs: J.M., 24 Basse Circle, Lynn, MA 01905-1207, with tracking number 9405511899563725 7658 72. H16-706 | USA-005232<br>USA-005240 |
| 61 | PHYSICAL parcel: addressed to L.T., 2116 Miller RD, Point Pleasant NJ 08742, with tracking number 9405511899563131553865. H16-707 | PHYSICAL |
| 61a | Parcel Photographs: L.T., 2116 Miller RD, Point Pleasant NJ 08742, with tracking number 9405511899563131553865. H16-707 | USA-005206<br>USA-005250 |

13

| Exh No | Description | Bates range |
|---|---|---|
| 62 | PHYSICAL parcel: addressed to E. A., 3900 W 71st Street, Chicago, IL 60629-4316, with tracking number 9405511899563131559560. H16-708 | PHYSICAL |
| 62a | Parcel Photographs: E. A., 3900 W 71st Street, Chicago, IL 60629-4316, with tracking number 9405511899563131559560. H16-708 | USA-005241 USA-005217 |
| 63 | PHYSICAL parcel: addressed to J. P., 123 McMillan Dr., Longview, WA 98632-5820, with tracking number 9405511899563131553858. H16-709 | PHYSICAL |
| 63a | Parcel Photographs: J. P., 123 McMillan Dr., Longview, WA 98632-5820, with tracking number 9405511899563131553858. H16-709 | USA-005242 USA-005207 |
| 64 | PHYSICAL parcel: addressed to B. G., 2925 Northeast pwky, Atlanta Ga 30360, with tracking number 9405-5118-9956-3131-5532-16 containing 360 tablets of Tramadol. H16-710 | PHYSICAL |
| 64a | Parcel Photographs: B. G., 2925 Northest pwky, Alanta Ga 30360, with tracking number 9405-5118-9956-3131-5532-16. H16-710 contained 360 tablets of Tramadol. | USA-0079 to 0082 USA-005218 USA-005233 |
| 65 | PHYSICAL parcel: addressed to J. R., 7100 North Bergen RD, Bergen, NY 14416-9511, with tracking number 9405511899563131557535. H16-711 | PHYSICAL |
| 65a | Parcel Photographs: J. R., 7100 North Bergen RD, Bergen, NY 14416-9511, with tracking number 9405511899563131557535. H16-711 | USA-005208 USA-005251 |
| 66 | PHYSICAL parcel: addressed to C. C., 7059 Old 63 N, Lucedale, MS 39452-3098, with tracking number 9405511899563131559591. H16-712 | PHYSICAL |
| 66a | Parcel Photographs: C. C., 7059 Old 63 N, Lucedale, MS 39452-3098, with tracking number 9405511899563131559591. H16-712 | USA-005234 USA-005219 |
| 67 | PHYSICAL parcel: addressed to L.L., 11807 Boxhill Dr, Houston, TX 77066-4452, with tracking number 94055118995631315575 97. H16-713 | PHYSICAL |
| 67a | Parcel Photographs: L.L., 11807 Boxhill Dr, Houston, TX 77066-4452, with tracking number 94055118995631315575 97. H16-713 | USA-005252 USA-005209 |
| 68 | PHYSICAL parcel: addressed to L. V., 87987 Dew Valley Lane, Bandon, OR 97411-8205, with tracking number 9405511899563131553827. H16-714 | PHYSICAL |
| 68a | Parcel Photographs: L. V., 87987 Dew Valley Lane, Bandon, OR 97411-8205, with tracking number 9405511899563131553827. H16-714 | USA-005210 USA-005253 |
| 69 | PHYSICAL parcel: addressed to C. H., 807 Union Ave, Belvidere IL with tracking number 9405-5118-9956-3131-5532-61. Containing 180 tablets of Tramadol (50mg). H16-715. | PHYSICAL |

| Exh No | Description | Bates range |
|---|---|---|
| 69a | Parcel Photographs: C. H., 807 Union Ave, Belvidere IL with tracking number 9405-5118-9956-3131-5532-61. Containing 180 tablets of Tramadol (50mg). H16-715. | USA-0083 to 0086<br>USA-005220<br>USA-005235 |
| 70 | PHYSICAL parcel: addressed to E. L., 1209 Rockmart Circle, Kennesaw GA, with tracking number 9405-5118-9956-3725-7658-27. containing 180 tablets of Tramadol (50mg). H16-716 | PHYSICAL |
| 70a | Parcel Photographs: E. L., 1209 Rockmart Circle, Kennesaw GA, with tracking number 9405-5118-9956-3725-7658-27. H16-716 contained 180 tablets of Tramadol (50mg) | USA-0094 to 0096<br>USA-005243<br>USA-005211 |
| 71 | PHYSICAL parcel: addressed to M.O., 214 West Huron St, Chicago, IL 60654-8618, with tracking number 9405511899563131553230. H16-717 | PHYSICAL |
| 71a | Parcel Photographs: M.O., 214 West Huron St, Chicago, IL 60654-8618, with tracking number 9405511899563131553230. H16-717 | USA-005244<br>USA-005221 |
| 72 | PHYSICAL parcel: addressed to T. M., 7805 Starr Grass Dr., Madison, WI 53719-4408, with tracking number 9405511899563131557580.   H16-718 | PHYSICAL |
| 72a | Parcel Photographs: T. M., 7805 Starr Grass Dr., Madison, WI 53719-4408, with tracking number 9405511899563131557580.   H16-718 | USA-005212 |
| 73 | PHYSICAL parcel: addressed to M. L., 17 Edings Lane, Alabaster AL, with tracking number 9405-5118-9956-3725-7658-96. containing 180 tablets of Tramadol (50mg). H16-719 | PHYSICAL |
| 73a | Parcel Photographs: to M. L., 17 Edings Lane, Alabaster AL, with tracking number 9405-5118-9956-3725-7658-96.   Containing 180 tablets of Tramadol (50mg). H16-719 | USA-0094 to 0096<br>USA-005222<br>USA-005236 |
| 74 | PHYSICAL parcel: addressed to D. G., 100 Whayland Drive, Hebron, MD 21830-1058, with tracking number '9405511899563131553254. H16-720 | PHYSICAL |
| 74a | Parcel Photographs: D. G., 100 Whayland Drive, Hebron, MD 21830-1058, with tracking number '9405511899563131553254. H16-720 | USA-005245<br>USA-005213 |
| 75 | PHYSICAL parcel: addressed to G.T., 94-318 Maiaohe Pl, Mililani, HI 96789-2114, with tracking number 9405511899563131559584. H16-721 | PHYSICAL |
| 75a | Parcel Photographs: G.T., 94-318 Maiaohe Pl, Mililani, HI 96789-2114, with tracking number 9405511899563131559584.   H16-721 | USA-005246<br>USA-005214 |
| 76 | PHYSICAL parcel: addressed to D.F., 508 50th Ave. Terr. W., Bradenton, FL 34207-6208, with tracking number 9405511899563725764547. H16-722. | PHYSICAL |
| 76a | Parcel Photographs: D.F., 508 50th Ave. Terr. W., Bradenton, FL 34207-6208, with tracking number 9405511899563725764547. H16-722 | USA-005215<br>USA-005247 |

| Exh No | Description | Bates range |
|---|---|---|
| 77 | PHYSICAL parcel: addressed to S. H., 809 Ross Ave., Abilene, TX 79605-3236, with tracking number 9405511899563725 7652 78. H16-723 | PHYSICAL |
| 77a | Parcel Photographs: S. H., 809 Ross Ave., Abilene, TX 79605-3236, with tracking number 9405511899563725 7652 78. H16-723 | USA-005223 USA-005248 |
| 78 | PHYSICAL parcel: addressed to W. M., 246 N 4th St., Willis Point, TX 75169-2043, with tracking number 9405511899563725765889. H16-724 | PHYSICAL |
| 78a | Parcel Photographs: W. M., 246 N 4th St., Willis Point, TX 75169-2043, with tracking number 9405511899563725765889. H16-724 | USA-005224 USA-005237 |
| 79 | PHYSICAL parcel: addressed to J. L., 2497 Collins Port Cove, Suwanee, GA 30024-2784, with tracking number 9405511899563131553209. H16-725 | PHYSICAL |
| 79a | Parcel Photographs: J. L., 2497 Collins Port Cove, Suwanee, GA 30024-2784, with tracking number 9405511899563131553209. H16-725 | USA-0005225 USA-005254 |
| 80 | PHYSICAL parcel: addressed to E. M., 1590 Park Dr., Lebanon, OR 97355-4049, with tracking number 9405511899563131553292. H16-726 | PHYSICAL |
| 80a | Parcel Photographs: E. M., 1590 Park Dr., Lebanon, OR 97355-4049, with tracking number 9405511899563131553292. H16-726 | USA-005255 USA-005226 |
| 81 | PHYSICAL parcel: addressed to S. D., 4520 e Joshua Tree Ln, Paradise Valley, AZ 85253-3244, with tracking number 405511899563131557474. H16-727 | PHYSICAL |
| 81a | Parcel Photographs: S. D., 4520 e Joshua Tree Ln, Paradise Valley, AZ 85253-3244, with tracking number 9405511899563131557474. H16-727 | USA-005256 USA-000527 |
| 82 | PHYSICAL parcel: addressed to M. K., 3375 Westpark Dr. 435, Houston, TX 77005-4262, with tracking number 9405511899563131557504. H16-728 | PHYSICAL |
| 82a | Parcel Photographs: M. K., 3375 Westpark Dr. 435, Houston, TX 77005-4262, with tracking number 9405511899563131557504. H16-728 | USA-005228 USA-005238 |
| 83 | PHYSICAL parcel: addressed to T.C., 75 Cambridge Rd., Dexter, ME 04930-2209, with tracking number 9405511899563131559584. H16-729 | PHYSICAL |
| 83a | Parcel Photographs: T.. C., 75 Cambridge Rd., Dexter, ME 04930-2209, with tracking number 9405511899563131559584. H16-729 | USA-00 USA-005257 |
| 84 | PHYSICAL parcel: addressed to L. A., 941 Falconhead Ln Unit 102, Las Vegas, NV 89128-4136, with tracking number 405511899563131559553. H16-730 | PHYSICAL |

| Exh No | Description | Bates range |
|---|---|---|
| 84a | Parcel Photographs L. A., 941 Falconhead Ln Unit 102, Las Vegas, NV 89128-4136, with tracking number 9405511899563131559553. H16-730 | USA-005239 USA-005229 |
| 85 | PHYSICAL parcel: addressed to T. G., 3429 Woodbury Pike, Woodbury, PA 16695-9013, with tracking number 9405511899563131559577. H16-731 | PHYSICAL |
| 85a | Parcel Photographs T. G., 3429 Woodbury Pike, Woodbury, PA 16695-9013, with tracking number 9405511899563131559577. H16-731 | USA-005258 USA-005230 |
| 86 | PHYSICAL parcel: addressed to S.P., 579 Creek Road, Christiana, PA 17509-9619, with tracking number 9405511899563725400568.   H16-740 | PHYSICAL |
| 87 | PHYSICAL parcel: addressed to T.P., 4191 Jester Lane, Doylestown PA 18902, with tracking number 9405-5118-9956-3725-4004-83. H16-741 | PHYSICAL |
| 87a | Parcel Photographs: T. P., 4191 Jester Lane, Doylestown PA 18902, with tracking number 9405-5118-9956-3725-4004-83. H16-741 | USA-0097 to 0100 |
| 88 | PHYSICAL parcel: Addressed to P"JER DHO", P.O. Box 670169, Houston, TX; Contents: 1,010 tablets of purported diazepam (10mg) Parcel #: EU219250796IN. H16-733 Control delivery on 03/28/2016 at the Greens North Post Office, Houston, Texas. | PHYSICAL |
| 88a | Photographs: "JER DHO" P.O. Box 670169, Houston, TX , Parcel #: EU219250796IN Control delivery containing 1,010 tablets of purported diazepam (10mg) H16-733 | USA-0055 to 0058 |
| 89 | PHYSICAL parcel: Addressed to "Dave D", P.O. Box 670169, Houston, TX. Contents: 1,200 tablets of purported zolpidem tartrate (10mg) Parcel #: EU219251301IN. H16-734 Control delivery on 03/28/2016 at the Greens North Post Office, Houston, Texas. | PHYSICAL |
| 89a | Photographs: "Dave D", P.O. Box 670169, Houston, TX, Parcel #: EU219251301IN Control delivery containing 1,200 tablets of purported zolpidem tartrate (10mg) H16-734 | USA-0059 to 0062 |
| 90 | PHYSICAL parcel: Addressed to "DAVE D", P.O. Box 670169, Houston, TX. Contents: 1,000 tablets of purported zolpidem tartrate (10mg) Parcel #: EU219250782IN. H16-735 Control delivery on 03/28/2016 at the Greens North Post Office, Houston, Texas. | PHYSICAL |
| 90a | Photographs: "DAVE D", P.O. Box 670169, Houston, TX, Parcel #: EU219250782IN Control delivery containing 1,000 tablets of purported zolpidem tartrate (10mg) H16-735 | USA-0051 to 0054 |

| Exh No | Description | Bates range |
|---|---|---|
| 91 | PHYSICAL parcel: Addressed to "DAVE D", P.O. Box 670169, Houston, TX. Contents: 1,200 tablets of purported clonazepam (2mg)<br>Parcel #: EU219252545IN. H16-736<br>Control delivery on 03/28/2016 at the Greens North Post Office, Houston, Texas. | PHYSICAL |
| 91a | Photographs: "DAVE D", P.O. Box 670169, Houston, TX , Parcel #: EU219252545IN Control delivery containing 1,200 tablets of purported clonazepam (2mg) H16-736 | USA-0063 to 0066 |
| 92 | PHYSICAL parcel: Addressed to "Dav Jer", 17006 Flowerfield Lane, Houston, TX<br>Contents: 1,200 tablets of purported diazepam (10mg)<br>Parcel #: EU219251417IN. H16-732 | PHYSICAL |
| 92a | Photographs: "Dav Jer", 17006 Flowerfield Lane, Houston, TX. Contents: 1,200 tablets of purported diazepam (10mg). Parcel #: EU219251417IN H16-732 | USA-005231<br>USA-005259<br>USA-005260 |
| 93 | PHYSICAL parcel: Addressed to "Dav Jer", 17006 Flowerfield Lane, Houston, TX<br>Contents: 1,500 tablets of purported tramadol (50mg)<br>Parcel #: EM911642155IN. H16-737 | PHYSICAL |
| 94 | PHYSICAL parcel: Addressed to "DAVE D",Address: P.O. Box 670169, Houston, TX. Contents: 1,500 tablets of purported tramadol (50mg)<br>Parcel #: EM911631965IN. H16-738 | PHYSICAL |
| 95 | PHYSICAL parcel: Addressed to "DAVE D",Address: P.O. Box 670169, Houston, TX.Contents: 1,500 tablets of purported tramadol (50mg)<br>Parcel #: EM911642138IN. H16-739 | PHYSICAL |
| 96 | PHYSICAL parcel: Addressed to "Dav Jer", 17006 Flowerfield Lane, Houston, TX Contents: 1,500 tablets of purported tramadol (50mg)<br>Parcel #: EM911631988IN. H16-742 | PHYSICAL |
| 97 | Re: New Invoice: #140159- Email from DHL Technology from DD DD<abcdamerica@gmail.com dated 2/3/2016 | EMAIL- 0002604 to 0002606 |
| 98 | Photograph of " DHAVAL" Texas License Plate | EMAIL-0006523 |
| 99 | Email: Re: suv for sale asap- Email from DD DD<abcdamerica@gmail.com dated 4/20/2016 | EMAIL-0006521 |
| 100 | Email:   Your Comcast Business Service Bill is Ready- Dated 7/4/2016 : Address is 1325 Hartwick Rd | EMAIL-0009907 |
| 101 | Email: Nexus Disposal LLC Service Agreement dated 12/5/2013- Customer: Angel Export Import at 1325 Hartwick Rd. | EMAIL-0042502 |
| 102 | Re: For KOKO and You……!!! from David D,abcdamerica@gmail.com, dated 4/6/2015 | EMAIL-0049679 |
| 103 | Attachment to Re: For KOKO and You……!!!:Meksim Oil /Angel Export Import | EMAIL-0049680 |
| 104 | Email: Nexus Service Agreement-Angel Export Import –sent to abcdamerican@gmail.com dated 12/5/2013- Angel Export Import-David | EMAIL-0042501 |

18

| Exh No | Description | Bates range |
|---|---|---|
| 105 | Email: RE: please do data entry. From DD DD, abcdamerican@gmail.com dated 3/5/2016: UPSP.-Click-N-Ship Payment Confirmation | EMAIL-0004373 |
| 106 | Email: Fwd: SALES FOR 4/4/2016 MM(1) sent to abcdamerican@gmail.com dated 4/4/2016( Attachment SALES 4.4.2016MM excel spreadsheet) | EMAIL-0005926 |
| 107 | Email: RE: Medicine list sent to DD DD, abcdamerican@gmail.com dated 1/5/2016 from Amit Kudke | EMAIL-0000875 |
| 108 | Attachment to Fwd: Medicine list sent to David D, abcdamerican@gmail.com dated 1/5/2016   Excel Spreadsheet New Medicine list | EMAIL-0000874 |
| 109 | Attachment :Non-controlled Meds | EMAIL-0000874 |
| 110 | Attachment :Controlled meds | EMAIL-0000874 |
| 111 | Email: Fwd: medicine list - sent from DD DD, abcdamerican@gmail.com dated 1/6/2016 to Chandan Singh - Super hit | EMAIL-0000923 |
| 112 | Attachment: Medicines sheet (1) Excel same as 874 | EMAIL-0000924 |
| 112a | Email: Fwd: Pharma Model sent to D,dhlinusa@yahoo.com, dated 1/7/2016 from Admit Kudke re merchant account | EMAIL-0000961 |
| 113 | Email: RE- sent DD DD, abcdamerican@gmail.com dated 1/20/2016 to uspharmaglobally.com. re Call Center   (David D DHL Technology) | EMAIL-0001275 |
| 114 | Email: [No Subject] DD DD, abcdamerican@gmail.com dated 1/27/2016 , re "I can be your shipper" | EMAIL-0001617 |
| 115 | Email: RE: Urgent Notice from DD DD, abcdamerican@gmail.com, dated 1-27-2016- Must not write medicine , capsule or ….etc ; merchant will be blocked for 90 days. | EMAIL-0001712 |
| 116 | Email: RE: Alert from Square, INC: Important Information About Your Account- from DD DD, abcdamerican@gmail.com, dated 1-28-2016 - Merchant is BLOCKED | EMAIL-0001719 |
| 117 | Attachment to email sent on 11/25/2015 to Account XXX16 Discover statement ( Email 005949)-Copy of Texas Driver's license -IMG_2273.jpg | EMAIL-0059050 |
| 118 | Email: Re: PVC Resin Available in Ahmedabad Dec 2011 from David D< abcdamerican@gmail.com dated 12/15/2011_ But who is David? | EMAIL-0072183 |
| 119a | Photograph of Toyota SUB with "Duval" license plate | USA-003045 |
| 119b | Photograph of Toyota SUB with "Duval" license plate | USA-003046 |

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

s/*David R. Weiser*
David R.   Weiser
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 625-7068
(502) 582-5067 (fax)
David.Weiser@usdoj.gov

CERTIFICATE OF SERVICE

 I hereby certify that on July 8, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to J. Clark Baird, counsel for defendant.

s/*David R. Weiser*
David R.   Weiser
Assistant United States Attorney
