UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:17-cr-78-DJH

DHAVAL JERAMBHAI DHOLARIA,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A final pretrial conference was held in this matter on July 22, 2019, with the following counsel participating:

| | |
|---|---|
| For the United States: | David Weiser |
| | Madison Sewell |
| For Defendant: | Clark Baird |

The Court and counsel discussed the upcoming trial. The Court explained the anticipated procedure for jury selection, to which neither party objected.

In accordance with *Missouri v. Frye*, 566 U.S. 134 (2002), the Court confirmed that a plea offer had been made by the United States, that Defendant had been informed of the plea offer, and that he knowingly rejected that offer in favor of proceeding to trial.

The matter remains set for trial on July 29, 2019, at 9:30 a.m. Counsel shall be present in court at 8:30 a.m. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) No later than **5:00 p.m. Tuesday, July 23**, the parties shall file in the record any stipulations of fact to be offered at trial.

1

(2)     No later than **5:00 p.m. Thursday, July 25**, the United States shall file a brief responding to the venue issues raised in Defendant's pretrial memorandum.

(3)     Any objections by the defense to government exhibits shall likewise be filed no later than **5:00 p.m. Thursday, July 25**.

Items listed above shall also be emailed to **Chambers_JudgeHale@kywd.uscourts.gov**.

July 22, 2019

Court Time: 00/50
Court Reporter: Dena Legg

**David J. Hale, Judge**
**United States District Court**