UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY

AT LOUISVILLE

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                              CRIMINAL NO. 3:17-CR-78-DJH

*Electronically Filed*


DHAVAL JERAMBHAI DHOLARIA                              DEFENDANT

<u>NOTICE OF FILING</u>

COMES THE DEFENDANT, DHAVAL JERAMBHAI DHOLARIA, by and through counsel, and files the following letters in support of the Defendant:

1. Douglas Horton
2. Jentilal Gorasia
3. Oralia Ortiz
4. Shraddha Sharma
5. Lazaro Flores
6. Avnish Gajjar
7. Brijesh Patel
8. HardevSingh Bhalla
9. Nirav Madhvani
10. Manolo Alberto Saravia
11. Mohil Thakkar

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 2nd, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the Assistant U.S. Attorney.

Respectfully submitted,

J. CLARK BAIRD
Counsel for Defendant
969 Barret Ave.
Louisville, Kentucky  40204
Phone:  (502) 583-3388
Fax:  (502) 583-3366
E-mail:  Clark@jclarkbaird.com