The Horton Group

October 1, 2019

Judge David J. Hale
U.S. District Court
Western District of Kentucky

Dear Honorable Judge Hale,

I have known Dhaval Dholaria since 2015 and we have done quite a bit of polymer trade with his corporation. He has a very good business acumen and his knowledge of the polymer price trends worldwide is extremely thorough.

I've enjoyed doing business with Dhaval and admire his youthful energy and enthusiasm in finding suitable markets for the polymer materials we have to offer. He has a very good knowledge of acrylic materials and has developed a reliable clientele base worldwide. He has been a valued trading partner to my company.

He has been very good to work with and has shown good character in negotiating and completing the business necessary to export materials to the local and Asian markets. He has demonstrated good trust in payment and reliability of sustaining good business volume through good and bad market times. He has been a trusted business associate for over five years. I've enjoyed meeting his family and having him meet mine. He is a good family oriented person and I have enjoyed engaging in business with his company.

May God bless him and guide him in his future business endeavors.

Sincerely,

Douglas Horton
President
The Horton Group LP
Houston, TX