# OMEGA CNC AUTOMAATION

---

Date: 09-10-2019
Tuesday

## Character Support Letter For Dhaval Dholaria

To,

David J Hale
Judge
U.S. District Court
Western District of Kentucky
Louisville, KY, USA

Dhaval Dholaria has **Mechanical Engineering** and **Masters in Technology Management** degree which help us to get order from Texas Custom Engineering corporation worldwide. We are fabrication shop and machine automation developer since 2001.

Dhaval Dholaria is one of our best US representatives to translate the customer's business machine requirement into our traditional language to conclude the business process successfully. His prowess on **Hindi, Gujarati, Marathi** and **English** made a huge bridge between Manufacturer and developer.

He is tough negotiator and best deal cracker for all corporations aligned together in each business process of our corporation. His honesty and transparency have made our bonding most clear and secure.

God Bless him and please mercy on him.

*Jentli G.*

**Jentilal Gorasia**
president
OMEGA CNC AUTOMATION
Rajkot Gujarat INDIA

P-108, A-Road, Kranti Gate, Metoda GIDC LODHIKA RAJKOT-360021 GUJARAT INDIA
PH: +91 9427564152                              Omegacncautomation@gmail.com