Date 08-29-2019
Thursday

# Character Support Letter For Dhaval Dholaria

To,

David J Hale
Judge
U.S. District Court
Western District of Kentucky
Louisville, KY, USA

I am love life of Dhaval Dholaria and I must strongly say that he has seen the worst in life, and he deserves the most peaceful and best life in this country with me. His education and knowledge to manage the family is my strong backbone and together we are best family in society. We are living secured life after we started living together. We have started dreaming about future and working to make life better.

We know Each other since last 5 years and our relationship and trust grow every single day we spend together, and my grand kiddo "Joshua" loves him like real father and they both spend time like old buddies.

We need him, we love him, and we want him in our family together as he loves us and we all love him too. He is complete family man who wants to live with family. He is god loving and vegetarian individual with innocent life and future ahead.

God bless mercy to him and assure the best of his life ahead as he has seen the worst in past.

**Oralia Ortiz**
Houston TX USA
1-832-884-3004