## Character Support Letter For Dhaval Dholaria

To,

David J Hale
Honorable Judge
U.S. District Court
Western District of Kentucky
Louisville, KY, USA

I know Dhaval Dholaria since 2015 and we have seen most lovely life days together infect his support and guides I still follow, he is nice soft hearted individual also an educated skillful individual with smooth life solving situation values and he has never broken any commitments he personally made to me.

He is a true father of one kid and a great husband; we couldn't live together longer but still we have true support and bonding to share situations and life events to live life with joy and sorrows.

He is true family man individual cannot simply live without family and kiddos of our community.

I wish always good and best of his life and health forever.

*Shraddha Sharma*
Missouri TX USA
1-832-289-1363

Date-08-27-2019
Tuesday