Date 09-01-2019
Tuesday

## *Character Support Letter For Dhaval Dholaria*

To,

David J Hale
Judge
U.S. District Court
Western District of Kentucky
Louisville, KY, USA

Dhaval Dholaira is a Great technocrat of our business network, His cost-effective technical business solutions are outstanding. His scrap price evaluation and market research analyst skills gave us plenty of door opened in our business.

Currently, we are working on automation in our plant to increase the production and decrease the cost of production. Our machine design and production is under guideline of Dhaval Dholaria at overseas sight. We need him to stay available and in network to get guidance and knowledge together to accomplish the major innovation we have dreamed together.

We assure the best of his life in future as his skills and knowledge are the biggest asset to our work of wood pallet manufacturing process. He is kind, serious and educated individual to trust in business world to initiate and plan any business development.

God Bless him. Please have mercy on him.

Lazaro Flores
Houston TX USA
1-346-775-4507