

**OSAM ELECTRICALS**

809- Rivera Wave
Near McDonald's Kalawad Road,
Rajkot 360005 Gujarat INDIA
+91-97128-67068
Jagdish972272501@gmail.com

## *Character Support Letter of Dhaval Dholaria*

Date: 09-25-2019

We came to know each other 6 years back and we know his personal life and career life as well, We have come to know Dhaval Dholaria has **Mechanical Engineering** and **Masters in Technology Management** degree with more than 10 years of Market Research analyst position experience for international Engineering Plastic and metal parts machine and material.

Dhaval Dholaria is the strong deal maker when it comes to polymer as his wide range of property knowledge and cost-effective product implementation. We always like to have blind faith on his market research advice and price uptrends and downtrends worldwide.

He is honest god loving and family man. He has true passion about work and benefits of others, that always made us to work with him. His kind and progressive nature is based on his education, carrying childhood and huge level of experience in industry.

*A. Gajjar*

**Avnish Gajjar**
OSAM ELECTRICALS
Rajkot Gujarat INDIA

OSAM ELECTRICALS