**TRUSHA CORPORATION**

Prahlad Plot no. 228 A
Behind Bhaktinagar Society
Rajkot 36004
+91-79903-82131



### *Character Support Letter Of Dhaval Dholaria*

We know him since last many years as we have common friends here in Rajkot India, where he was living in the year 2000. We have common street friendship and that lead to work relationship since we met and started talking.

Talking with him is always building block as his all past talk, commitment and work ethics are always in chain and that lead us to a strong contact and relationship. Our Parts development work and his knowledge of industrial demand is perfect combination for our business growth.

We believe he has gained this expertise from his engineering degree and masters of technology management degree. His more than 10 years of experience in field is also a great knowledge well for us.

We are working on extruder parts with him and we are continuously willing to work with him, as he is honest and smart engineer whom we can rely on.

God Bless him.

*patel B.*

**BRIJESH PATEL**                                                                 Date: 09-20-2019

TRUSHA CORPORATION
Rajkot Gujarat INDIA