# BHALLA AUTO MANUFACTURING CO

C-164, FOCAL POINT, LUDHIANA,

PUNJAB, INDIA 141010   PHONE : +91-90416-60007

---

Date: 09-19-2019

To,

David J Hale
Honorable Judge
U.S. District Court
Western District of Kentucky
Louisville, KY, USA

## *Character Support Letter For Dhaval Dholaria*

We know Dhaval Dholaria since last 5 years and his engineering skills to understand the product development is good support for business expansion in USA. Our Metal Casting strength is the only joint connection with Dhaval Dholaria and that brought us close to know each other as individual. He is strongly committed engineer to work with. We want him to stay in network to conclude current business process.

He is nice individual to work with a true and honest companion to share and never broke any commitment he made so far. We consider him in our trustworthy family business contact as we talk so often.

God bless him and may god mercy on him for all his hurdles.

*[signature: Bhalla]*

HardevSingh Bhalla
BHALLA AUTO MANUFACTURING CO.
Ludhiana, Punjab, INDIA