

# SHARMA TECHNOCAST

Engineering Services

328/2, THIRD FLOOR, D-1, CHATTARPUR, South Delhi,
Delhi, 110074 INDIA: +9190171-88228

Date: 09/10/2019

## *Character Support Letter For Dhaval Dholaria*

To,

David J Hale

**Honorable Judge**

**U.S. District Court**

**Western District of Kentucky**

Louisville, KY, USA

    We have Dhaval Dholaria as International Contact to Trade polymer and Metal Machines. We know him as good individual with positive value towards the industrial approach of automation and cost-effective alternatives worldwide.

    Dhaval Dholaria is the strong person with good traditional and family values with honest opinion about all the people he come across. We all love and respect him forever. We are getting extremely high knowledge of Engineering and Technology Management from him to expand business horizons worldwide.

    God Bless him and have mercy on him.

*[Signature]*

Nirav Madhvani
**International Sales Associate**
SHARMA TECHNOCAST
DELHI, INDIA