Date 10-01-2019
Tuesday

## *<u>Character Support Letter For Dhaval Dholaria</u>*

To,

David J Hale
Honorable Judge
U.S. District Court
Western District of Kentucky
Louisville, KY, USA

I know Dhaval Dholaria since 2015 and we have done good amount of polymer trade with his corporation. his education and knowledge life and business is my inspiration, he set me free from bankruptcy and gave new height to my career. He is one kind individual who identified a true workman inside me and showed me the right path of success to grow and live life with peace and harmony.

He transformed my work path from pallet industry to transport industry and currently I am full time busy individual under his support and growth direction. He is my guide man, wiseman and true friend in life who stands next to me whenever I need him.

We came to know about his court case and feel so sorry about his condition to the great individual who doesn't drink and a true vegetarian individual among my all friends and relative.

I always admire this young individual with lots of energy and true finding of living life with joy and happiness. His god lord "Ganesh" is my favorite. I like his culture as his culture has really splendid belief in family life.

May God Bless him.

Manolo Alberto Saravia
Midland TX USA
1-832-993-5523