

# Angel
## Export Import

11611 w Airport BLvd., H223, Meadows Place, TX 77477 USA
Phone : 001 281 761 7813

### *Character Support Letter for Dhaval Dholaria*

To,

David J. Hale
Honorable Judge
U.S. District Court
Western District of Kentucky
Louisville, KY, USA

    I have Known Dhaval Dholaria from last 2 years, As logistic Manager and an Accountant, he has been an immense help in shaping me what I am today, I feel That he has a lot of importance in my life as a mentor, as a leader and as a great life coach.
    After spending this time, I have come to acknowledge him as the person with overall expertise up to a certain extent in every phase of life, be it financial, emotional or Physical. He certainly has a lot of positive attitude and leaves a lasting impression of this attitude to every person he meets even for a short period of time.

    He has a very helpful and kind nature towards his employees and equally caring nature towards his family, he always seeks to find new opportunity with the aim to develop the people around him and firmly believes in the belief that road to success could never be travelled alone and hence always finds the good people to work with develops with them collectively,

    He has been a tremendous inspiration for me as a person with strong business acumen and which also encompasses kindness and faith towards all individuals around.
    Please have mercy on him and god bless him.

**Mohil Thakkar**
Logistic Manager
**Angel Export Import LLC**

accounts@angelexportimport.com      www.angelexportimport.com