**FILED**
VANESSA L. ARMSTRONG, CLERK

OCT 03 2019

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                   Plaintiff,

v.                                          Criminal Action No. 3:17-cr-078-DJH

DHAVAL J. DHOLARIA,                                         Defendant.

\* \* \* \* \*

### ACKNOWLEDGMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived the right to appeal the sentence I just received from the Court.

October 3, 2019
Date

_____
Defendant's Signature