3:17-cr-78-RJH                    04-13-2020

# Motion For Home Confinement Realease Of Inmate Dhaval Dholaria BOP ID 26350479

**FILED**
Vanessa L Armstrong, Clerk
Apr 27 2020
U.S. District Court
Western District of Kentucky

To,
   David Hale
Federal Judge At Western District Of Kentuchy

I am Dhaval Dholaria (26350479) First Step Act Eligibl[e] Non-Violent Inmate At Geo Big Spring Tx.

I am in Chronic Care List here at Geo Big Spring Tx Facility as I am Diabat[ic] with high cholestrol, low air carrying capacity lounge[s] & poor inmunity.

As per CDC Guideline my health is most vulnerable to corona virus, my life is in danger an[d] others around me.

(1 of 2)                                        (P.T.O)

AS PER MEMORANDUM ISSUED BY WILLIAM BARR ATTORNEY GENERAL WASHINGTON D.C. ON MARCH 26th 2020 & APRIL 3rd 2020 I DESERVE TO BE RELEASED IMMEDIATELY ON HOME CONFINEMENT.

I HEARTLY SEEKING YOUR MERCY AND HOME CONFINEMENT RELEASE REQUEST ACCEPTANCE IN THIS INTERNATIONAL HEALTH EMERGANCY OF CORONA PANDEMIC.

THAT'S ALL YOUR HONOUR

FROM:

DHAVAL DHOLARIA
26350-479
2001 RICKABAUGH DR.
BIG SPRING TX 79720

(2 OF 2)

D. DHOLARIA
2001 RICKABAUGH DR.
BIG SPRING TX 79720

MIDLAND/ODESSA
LEGAL MOTION
23 APR 2020 PM



ATTN DAVID HALE
FEDERAL JUDGE OF WESTERN
DISTRICT OF KENTUCKY
601 WEST BROADWAY
ROOM 239
LOUISVILLE KY 40202-2227

ACCEPTED BY FLIGHTLINE UNIT

**FILED**
Vanessa L Armstrong, Clerk
Apr 27 2020
U.S. District Court
Western District of Kentucky

40202$2227