VANESSA L. ARMSTRONG

MAY 1 4 2020

U.S. DISTRICT COURT
WEST'N. DIST KENTUCKY

3:17-Cr-78-DJH     04/25/2020

SUB: HOME CONFINEMENT RELEASE
        REQUEST MOTION
             BY
    DHAVAL DHOLARIA 26350 479

RESPECTED
        JUDGE

        I AM DHAVAL DHOLARIA NON
VIOLENT LOW SECURITY, FIRST STEP
ACT ELIGIBLE INMATE AT GEO
BIG SPRING TX.
        IN THIS INTERNATIONAL HEALTH
EMERGANCY, NO US PRISON CARRY
ANY HEALTH SAFETY STANDARD
TO PROTECT INMATE OR STAFF.
        I AM DIABATIC, HIGH CHOLESTROL
LOW INMUNITY, LOW AIR CARRYING
CAPACITY LOUNGES WHICH IS
MOST VULNERABLE TO CORONA
VIRUS, I AM HERE ON MEDICINE
AND CHRONIC CARE LIST.
        AS PER CDC GUIDELINE, MY
HEALTH IS IN DANGER AND TO
OTHERS AROUND ME.
        AS PER ATTORNEY GENERAL WILLIAM
BARR MEMORANDUM ISSUED ON MARCH
26TH 2020 & APRIL 3RD 2020, I DESERVE
TO BE RELEASED ON HOME CONFINEMENT
PLEASE ACCEPT AND ISSUE HOME
CONFINEMENT RELEASE.

DHAVAL DHOLARIA

PLEASE ISSUE PUBLIC FEDERAL
ATTORNEY FOR
HOM CONFINEMENT

D. DHOLARIA
26350-479
2001 RICKABAUGH DR.
BIG SPRING TX 79720




MIDLAND / ODESSA
TX 797 T
11 MAG A020 PM

DAVID J HALE
HONOURABLE JUDGE OF
WESTERN DISTRICT OF
KENTUCKY
ROOM - 239
601 WEST BROADWAY
LOUISVILLE KY 40202

FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 MAY 14  PM 1:33



**ACCEPTED BY**
**BIG SPRING FLIGHTLINE**

4020282227