PAGE 1 OF 3

FILED
VANESSA L. ARMSTRONG

MAY 14 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

POSITIVE SIDE OF
DHAVAL DHOLARIA — 00000 26350-479

\* US ADDRESS & PHONE NO.
AVAILABLE WHERE I AM
GOING TO LIVE.

\* WORKING IN ANGEL EXPORT
IMPORT LLC SINCE 2008
TILL CONTINUE.

\* NO FLIGHT RISK

\* FIRST STEP ACT ELIGIBLE

\* NON VIOLENT

\* LOW SECURITY INMATE

\* HIGHLY EDUCATED
MECHANICAL ENGINEER
MASTERS IN TECHNOLOGY
MANAGEMENT

\* NOT A THREAT TO SOCIETY

\* NO GUN OWNERSHIP

\* NO PAST CRIMINAL RECORD

* US CITIZEN WIFE
    ORALIA ORTIZ

* 2 US CITIZEN KIDS
  AAYAN DHAVAL DHOLARIA
  AARNA DHAVAL DHOLARIA

* NEVER LEFT COUNTRY SINCE
  AUG 15 2007.

* LEGALLY ENTERED IN USA ON
  AUG 2005 ON STUDENT VISA

* REGULAR TAX PAYER SINCE
  2006.

* CHILD SUPPORT LIABILITY.

* INNOVATIVE GLOBAL RECYCLE
  KNOWLEDGE OF POLYMER
  & METAL RECYCLE INDUSTRY.

* MY KIND OF INDIVIDUAL DESERVE
  TO SERVE IN INDUSTRY TO
  INCREASE GDP OF COUNTRY, NOT
  TO BE WASTED IN PRISON.

* I CAN MANUFACTURE MOBILE QUARANTINE UNITS TO RESOLVE OVER CROWDING HOSPITAL PROBLEM

* MY HOME CONFINEMENT RELEASE WILL SURELY ADD POSITIVE APPROACH IN THS CORONA VIRUS PENDEMIC INTERNATIONAL HEALTH EMERGANCY.

* I WOULD LIKE TO DIE SERVING PEOPLE RATHER THAN CROWDING PRISON.