UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,	Plaintiff,

v.	Criminal Action No. 3:17-cr-78-DJH

DHAVAL DHOLARIA,	Defendant.

\* \* \* \* \*

## ORDER

This matter is before the Court upon a motion for compassionate release filed by *pro se* Defendant Dhaval Dholaria based on his health concerns amid the ongoing COVID-19 pandemic (Docket No. 108) and a motion for leave to file the motion for compassionate release under seal (DN 107).

Upon consideration, **IT IS HEREBY ORDERED** that Defendant's motion for leave to file his motion under seal (DN 107) is **GRANTED** and that his motion for compassionate release (DN 108) shall be filed under seal.

**IT IS FURTHER ORDERED** that the United States shall file a response to Defendant's motion for compassionate release (DN 108) **within 14 days** from the entry date of this Order stating its position with respect to the motion and specifically including information regarding the inmate's adjustment to institutional life and any history of disciplinary actions.

The **Clerk of Court** is **DIRECTED** to send a copy of Defendant's sealed motion for compassionate release (DN 108) to the United States.

Date:

cc:     Plaintiff, *pro se*
        U.S. Attorney
4415.011