## THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                       **PLAINTIFF**

**v.**                                       **CRIMINAL ACTION NO. 3:17-CR-78-DJH**

**DHAVAL JERAMBHAI DHOLARIA**                                                 **DEFENDANT**

## **ORDER**

Upon consideration of the defendant's Motion for Compassionate Release (DN 108), and the United States's Opposition to that Motion, the Motion is DENIED.