UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                              Plaintiff,

v.                                                    Criminal Action No. 3:17-cr-78-DJH

DHAVAL DHOLARIA,                                                      Defendant.

\* \* \* \* \*

### ORDER

This matter is before the Court upon a document filed by *pro se* Defendant Dhaval Dholaria titled "Argument against compenssionate release or sentence reduction replied by prosecution (docket 106)" (Docket No. 112). In the filing, Defendant states that it is a reply to "argument raised by persecution in docket number 106 which was filed on May 21 2020."

Defendant's description of his filing does not comport with the docket sheet in this action or the status of his case. The docket sheet reflects that Docket No. 106 is actually a May 21, 2020, Court Order denying his second motion for release to home confinement (DN 106). The docket sheet further reflects that Defendant filed a motion for compassionate release in light of COVID-19 on July 17, 2020 (DN 108); that the United States filed a response to Defendant's motion for compassionate release on August 11, 2020 (DN 110); and that Defendant did not file a reply. On December 12, 2020, the Court entered an Order denying Defendant's motion for compassionate release (DN 111).

Based upon this procedural history and Defendant's description of the instant filing, the instant filing was docketed as a reply to Defendant's motion for compassionate release. However, because Defendant seems confused about the status of his motion for compassionate release, the **Clerk of Court** is **DIRECTED** to send him a copy of the docket sheet and a copy of the Court's Order denying his motion for compassionate release (DN 111). If, upon review of

these documents, Defendant would like the instant filing to be docketed as something other than a reply, he should so advise the Court.

In addition, the Court notes that the filed document includes a cover page which states "File Under Seal." The Court construes the cover page to be a motion to seal the filing. Upon review, **IT IS HEREBY ORDERED** that the motion to seal is **GRANTED**. As such, the **Clerk of Court** is **DIRECTED** to seal the filing (DN 112).

The **Clerk of Court** is further **DIRECTED** to provide a copy of the sealed filing (DN 112) to the United States Attorney.

Date:   April 9, 2021

David J. Hale, Judge
United States District Court

cc:   Defendant, *pro se*
      U.S. Attorney
4415.011