IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE)

FILED
JAMES J. VILT, JR. - CLERK

JUN 1 0 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

USA

Plaintiff,

V.                                    Case # 3:17-CR-78-DJH

DHAVAL DHOLARIA

Defendant.

## MOTION TO REQUEST TO SEAL ALL COURT DOCKETS PROCEEDINGS, THIS CASE REGARDING INFORATION FROM FREE TO AIR (INTERNET) PUBLISHING WEBSITES

Any individual surfing on internet and types **"Dhaval Dholaria"** in google kind of search engine website, all case (3:17-CR-78-DJH) regarding information is available free to air and possible access to any individual without any security bar. I petitioner Dholaria wants court restricts or order to close all those free to air case (3:17-CR-78-DJH) regarding information publishing stop by immediate order to respective parties (Websites publishing (3:17-CR-78-DJH) case regarding any information). Reason for this restriction is mandatory for the safty and healthy future life of Dhaval Dholaria and his family members. Open to free to air this kind of case regarding sensitive information can be

Case : 3:17-CR-78-DJH                    Filed 05/13/2022                    Page 3 of 3

misused and abused by antisocial individuals, it may attract unwanted attention or future crime in society.

To prevent social misbalance, Defendant Dholaria strongly demand on court restriction order against those free to air websites and immediate court order to implement this order in real world to stop this publishing.

Defendant Dholaria is already broken Socially, Financially, Immigrationally, Legally, Federally, Physically, Economically, Mentally, Psychological, Organically and Emotionally, because of over detained period of 30 months in federal and ice custody combined. Defendant Dholaria has lost dental health and physical strength because of over detained period in custody. Further torture may lead him to suicide or get killed by enemies.

Your honor, here with this, I Defendant Dholaria rest his case on your wisdom and fine sense of judgement.

*[signature]*

**Dhaval Dholaria**

Self-Defendant

1209 Sunflower ln,
Alvarado, TX 76009
DHLINUSA@yahoo.com
DHAVALDHL@GMAIL.com

D. DHOLARIA
205 960 594
1209 SUNFLOWER LN
ALVARADO TX 76009

3:17-CR-78-DJH

NORTH TEXAS P&DC
DALLAS TX 750
7 JUN 2022  PM 4 L



HONORABLE JUDGE DAVID HALE
DISTRICT COURT OF WESTEN
DISTRICT OF KENTUCKY
601 W BROADWAY  # 239
LOUISVILLE, KY  40202-2227

40202-222764