

FILED
JAMES J. VILT, JR. - CLERK
JUN 10 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# FILE UNDER SEAL