IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE)

**FILED**

JAMES J. VILT, JR. - CLERK

JUN 2 1 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

USA

Plaintiff,

V.

DHAVAL DHOLARIA

Self-Defendant.

Case # 3:17-CR-78-DJH

## CHANGE OF ADDRESS OF APPELLANT DHAVAL DHOLARIA FOR FUTURE CORRESPONDANCE

    I Appellant Dholaria is moved out of 1209 Sunflower Ln, Alvarado, TX 76009 to the new address as given below. C/O ORALIA ORTIZ 16646 ROCK EAST DR. HOUSTON TX 77073.

Please update for future correspondence. You please mail a copy to my below email address as it is being access regularly.

**Dhaval Dholaria**

**A# 205-960-594**
Self-Defendant.
1209 Sunflower ln,
Alvarado, TX 76009
DHLINUSA@yahoo.com
DHAVALDHL@GMAIL.com

D. DHOLARIA
205 960 594
1209 SUNFLOWER LN
ALVARADO TX 76009



3:17-CR-78-DJH

ATTN: CHANGE OF
ADDRESS



$0.53 0
US POSTAGE
FIRST-CLASS
062S0009565012
FROM 76009

C/O DAVID HALE

**FILED**
JAMES J. VILT, JR. - CLERK

601 W. BROADWAY JUN 2 1 2022
#239
LOUISVILLE KY 40202-2227

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

40202-222764