# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**v.**                                           **CRIMINAL ACTION NO. 3:17-CR-78-DJH**
                                                                     *Electronically Filed*

**DHAVAL JERAMBHAI DHOLARIA**                              **DEFENDANT**

## OPPOSITION TO MOTION TO SEAL ALL COURT DOCUMENTS

The United States opposes Dholaria's Motion to Seal All Court Documents (DN 114). This Court has sealed select documents in this case when they contain confidential information. Dholaria has not, and cannot, show that every document in his criminal case contains confidential information. For example, his Indictment, Plea Agreement, and Judgment and Commitment do not contain confidential information.

Dholaria may wish to conceal his criminal history from the public, but the public has a right to know who Dholaria is, and what he has done. His motion should be denied.

                                                  Respectfully submitted,

                                                  MICHAEL A. BENNETT
                                                  United States Attorney

                                                  *David Weiser*
                                                  David Weiser
                                                  Assistant United States Attorney
                                                  717 West Broadway
                                                  Louisville, Kentucky 40202
                                                  Phone: (502) 625-7068
                                                  Email: david.weiser@usdoj.gov

## Certificate of Service

      I hereby certify that on or about August 26, 2022, a copy of the foregoing pleading was sent by first class mail to Dhaval Dholaria at the following address:

> Dhaval Dholaria
> C/O Oralia Ortiz
> 16646 Rock East Dr.
> Houston, TX 77073

*David Weiser*
Assistant United States Attorney

2