THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                                    CRIMINAL ACTION NO. 3:17-CR-78-DJH

DHAVAL JERAMBHAI DHOLARIA                                                   DEFENDANT

## ORDER

Upon consideration of Defendant's Motion to Seal All Court Documents, (DN 114), and the United States's opposition to that Motion, the Motion is DENIED.