UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                    Plaintiff,

v.                                                       Criminal Action No. 3:17-cr-78-DJH

DHAVAL JERAMBHAI DHOLARIA,                                                   Defendant.

\* \* \* \* \*

## ORDER

Defendant Dhaval Jerambhai Dholaria filed a motion requesting that the Court order this

entire closed criminal case to be sealed (Docket No. 114). He states, "Any individual surfing on

internet and types 'Dhaval Dholaria' in google kind of search engine website, all case (3:17-CR-

78-DJH) regarding information is available free to air and possible access to any individual

without any security bar." He continues, "Reason for this restriction is mandatory for the safty

and healthy future life of Dhaval Dholaria and his family members." He asserts, "Open to free to

OF THE CLERK
ES DISTRICT COURT
yder U.S. Courthouse
W. Broadway
, KY 40202-2249

CIAL BUSINESS

LOUISVILLE KY 400
28 NOV 2022 PM 1 L

Hasler          FIRST-CLASS MAIL
11/28/2022
US POSTAGE     $00.57⁰

ZIP 40202
011D11644694

FILED

JAMES J. VILT, JR. - CLERK

DEC 12 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

3:17-cr-00078-DJH DN 117
**Dhaval Jerambhai Dholaria**
c/o Oralia Ortiz
16646 Rock East Drive
Houston, TX 77073



NIXIE        773    FE 1         0012/04/22
        RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC:  40202224999    *1170-00823-28-39